# Exhibit D



# Overview of the Department of Justice's Anti-Weaponization Fund

**What is the Anti-Weaponization Fund?**
- The Anti-Weaponization Fund was created to hear and redress claims of Americans who suffered from lawfare and weaponization, defined as the use of government power to target them for "improper and unlawful" reasons.
- The Fund results from the settlement of a case involving unlawfully leaking tax returns, unlawfully searching the President's home, and improperly targeting/investigating the President.

**Who will benefit from the Fund?**
- This is about seeking accountability for all Americans who were victims of lawfare and weaponization: millions of Americans whose online speech was censored at the behest of the government, parents silenced at schoolboards, Senators whose records were secretly subpoenaed, churchgoers targeted by the FBI, and so on.
- Submission of a claim is voluntary—nobody is required to do so. That is why court approval was not required.
- There is no partisan restriction: Democrats can submit claims, too.
- As part of the settlement, the President, his sons, and the Trump Organization, LLC will receive a formal apology but no monetary payment or damages of any kind. They cannot receive any money from the Fund, either.

**Structure**
- The Fund will consist of five members appointed by the Attorney General (AG). One Member will be chosen in consultation with Congressional leadership.
- The Members will be tasked with creating guidelines for those applying to the Fund and will ultimately decide which claims should be paid out. Claims are awarded on a case-by-case basis, and the Commissioners must consider a claimant's personal conduct and character when making a determination.
- This structure is not without precedent. Most notably, in a case referred to as *Keepseagle*, a group of Native American farmers sued, alleging racism over past decades. The Obama DOJ settled by putting $680 million from the judgement fund into a bank account for a single claims administrator to dole out.

**Funding**
- This funding will come from the judgment fund, which is a perpetual appropriation created by Congress in 1956 allowing DOJ to settle cases, including future claims, and the details of such settlements are rarely made public.
- The Fund will receive $1.776 billion, a fair estimate of potential claims, given that literally tens of millions of Americans were subjected to improper and unlawful government targeting, including extensive government censorship and aggressive lawfare.
- The Acting AG executed a separate document releasing claims that were or could have been brought in the litigation, including the IRS' right to audit the President, his family, and his companies. That is standard in litigation and **does not apply to future tax actions** the President, his family, and his companies may take

**Oversight**
- On a quarterly basis, the Fund shall send a report to the Attorney General outlining who has received relief and what form of relief was awarded. The A/AG committed to sharing these reports with Congress (with appropriate redactions to accommodate for privacy concerns and privileges). Senators and Members are welcome to submit additional inquiries regarding the Fund to DOJ OLA at any time.
- The Fund can be audited, including by a third party. The Fund must take steps to protect private information and avoid fraud.
- To ensure swift processing for victims, the Fund shall cease processing claims in 2028. Any money left will revert back to the federal government.