**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

|  |  |
|---|---|
| Andrew Floyd, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>Department of Justice, et al.,<br><br>    Defendants. | **Case No. 26-cv-1399-LMB** |

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion for a temporary restraining order, or in the alternative, a preliminary injunction with expedited briefing, and for a stay under 5 U.S.C. § 705, Defendants' opposition, and Plaintiffs' reply, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that Defendants are **ENJOINED** from taking any further action pursuant to the creation or operation of the Anti-Weaponization Fund, including but not limited to transferring or causing to be transferred any money to an account for the Anti-Weaponization Fund; processing any claim submitted to the Anti-Weaponization Fund; making any payment out of the Anti-Weaponization Fund; appointing any Member to the Anti-Weaponization Fund; establishing rules or procedures governing the Anti-Weaponization Fund; destroying any documents relating to the Anti-Weaponization Fund, its creation, its procedures, or claims submitted to the Anti-Weaponization Fund; reconstituting the Anti-Weaponization Fund under a different name; or taking any actions under the purported authority of the Anti-Weaponization Fund; it is further

**ORDERED** that if Defendants have transferred or caused to be transferred any money to an account for the Anti-Weaponization Fund, they shall immediately reverse that transfer; it is further

**ORDERED** that the creation of the Anti-Weaponization Fund is **STAYED**; it is further

**ORDERED** that Defendants shall submit a status report within seven days of this Order updating the Court on compliance with this Order's terms, including confirming that no payments have been made from the Anti-Weaponization Fund, and that no funding has been transferred to an account for the Anti-Weaponization Fund, or, if it has, that that transfer has been reversed; and it is further

**ORDERED** that this Order shall apply to the maximum extent provided for by Federal Rule of Civil Procedure 65(d)(2) and 5 U.S.C. §§ 705 and 706.

**SO ORDERED.**

Dated: _____, 2026

_____
THE HON. LEONIE M. BRINKEMA
UNITED STATES DISTRICT JUDGE

2