**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| Andrew Floyd, et al., <br><br><br> Plaintiffs, <br><br> v. <br><br> Department of Justice, et al., <br><br> Defendants. | **Case No. 26-cv-1399-LMB** |

**DECLARATION OF BRITTANY FONTENO (NAF)**

I, Brittany Fonteno, declare as follows:

1.      I am over the age of 18 and competent to testify to the facts contained in this declaration.

2.      I am the president and CEO of the National Abortion Federation, Inc. ("NAF"), a nonprofit organization that serves as the leading national professional association for abortion providers.

3.      I have nearly 20 years of experience in the movement for sexual and reproductive health, rights, and justice. Before joining NAF as president and CEO in 2023, I served as president and CEO of Planned Parenthood Arizona, the state's largest provider of sexual and reproductive healthcare, education, and advocacy.

4.      NAF's membership comprises more than 400 abortion-providing facilities and hundreds of individual clinician providers in the United States, along with individuals and organizations that support reproductive freedom. Our provider members include clinics

1

specializing in abortion care (both brick-and-mortar and virtual), health centers that provide abortion care within a broader primary care or OB-GYN practice, hospitals, and individual physicians and clinicians. We have provider members that are physically located in 36 states (including in the Eastern District of Virginia), the District of Columbia, and Puerto Rico.

5. The facts set forth in this declaration are based on my personal knowledge, information provided to me by NAF staff in the course of their duties, and review of NAF's records.

**NAF's Mission and Activities**

6. NAF's core mission is to unite, support, and represent abortion providers and the people they serve, in pursuit of accessible and equitable abortion care.

7. NAF envisions a just society where abortion care is a basic part of health care, and where providers will thrive in communities and be empowered to deliver expert care that is safe, accessible, and equitable for all people—no matter who they are, where they live, or how much money they have.

8. To that end, a central part of our mission is to support abortion providers with medical quality assurance; onsite medical and administrative technical training and assistance; continuing medical education; security support, trainings, and onsite assessments; and access to various resources.

9. In 2025, for the first time, NAF provided dedicated security grants to our members.

10. NAF also routinely advocates on behalf of abortion providers at the federal, state, and local level, addressing issues that would severely burden providers' operations and the communities they support.

11.     Many providers are small and have limited capacity to defend their own interests—largely because they are so focused on providing healthcare and responding to the many immediate threats to their continued operations.

12.     As the leader of NAF, I spend significant time engaging and listening to provider members, including learning from them about the challenges and obstacles they face to delivering quality care.

**Extremist Violence Against NAF Members in 2025**

13.     During the 1980s and early 1990s, violence against abortion providers was escalating across the country, culminating in the murder of Dr. David Gunn outside a Pensacola, Florida clinic and the attempted murder of Dr. George Tiller outside his Wichita, Kansas clinic, both in 1993. Both of these providers were NAF members. In response to these incidents, Congress saw a new urgency to pass federal legislation to address violence against reproductive healthcare facilities and the denial of access to women and pregnant people seeking their services. In 1994, President Bill Clinton signed the Freedom of Access to Clinic Entrances (FACE) Act into law.

14.     To advance our core mission, NAF has compiled statistics on anti-abortion extremist violence since 1977, allowing us to track patterns and trends.

15.     From 1977 through 2024, there were 11 murders, 26 attempted murders, 42 bombings, 203 arsons, 570 assaults, 505 clinic invasions, and thousands of other criminal incidents targeting abortion patients, abortion providers, and abortion volunteers.

16.     We released our 2025 violence and disruption report last week.[1]

---

[1] *NAF 2025 Violence & Disruption Report*, National Abortion Federation (May 19, 2026), https://perma.cc/272F-AEAZ.

17.     The report shows that about half of NAF's provider members reported incidents of violence or harassment in 2025, and that abortion providers saw an overall increase in incidents of violence and disruption from the previous year. The increase was primarily driven by a rise in targeted threat and harassment behaviors, particularly death threats and stalking; the number of such incidents reported to NAF more than doubled from 2024 to 2025. There were also surges in online and phone harassment.

18.     NAF's reporting, including our conversations with our members, indicates that the Trump administration played an outsized role in driving the increase in threats and harassment to our members in 2025 because, upon taking office, its leadership immediately set the tone that abortion providers and people accessing care would not be protected from incidents of violence and disruption.

19.     For example, during the first week of his second term, President Trump pardoned 23 anti-abortion extremists who had been convicted, including by juries, of violating the FACE Act for invading and/or blockading clinics that provide abortion care, including some of NAF's members. At least three of the individuals that President Trump pardoned have since been rearrested at abortion clinics. FACE prohibits using force, threat of force, or physical obstruction to prevent someone from providing or seeking reproductive healthcare services. At the same time, the Department of Justice announced it would only enforce FACE to protect abortion clinics in "extraordinary circumstances."

20.     Just two months after President Trump pardoned the FACE defendants, Affiliated Medical Services, one of our member clinics in Milwaukee, Wisconsin, was confronted with an anti-abortion blockade inside their own building—a level of intrusion that the team there had not experienced in over 15 years. Two individuals entered the clinic, refused to leave, and physically

4

blocked the entrance until police dragged them out. Around the same time, another individual smashed the clinic's front window. When providers asked local police about enforcing the FACE Act, the officers said they were unaware of the law.

21. And in July, two pardoned FACE defendants went on to invade another one of our member clinics in Delaware County, Pennsylvania. Under the guise of fake appointments, they and several other anti-abortion extremists criminally trespassed into the clinic. One of the pardoned FACE defendants began dousing the clinic floors and walls with a clear liquid then sprinkled white powder. Clinic staff are trained to treat unknown substances as hazardous until proven otherwise, forcing staff to treat the substance as possible anthrax or another equally threatening substance. This action by the invaders elevated the threat level, causing higher levels of stress, anxiety and concern. The invaders made it clear they would not leave without police arrest. Staff focused on calmly moving patients and assessing and managing patient emotional responses and creating a safety plan. Although clinic staff held their ground and continued providing care, the invasion violated their safety and disrupted their core work of delivering healthcare.

**The Anti-Weaponization Fund's Harm to NAF's Members**

22. Since its announcement last week, our providers have expressed grave concerns about the Trump administration's new Anti-Weaponization Fund, which specifically includes "the Biden Administration's abuse of the FACE Act" as an example of the "Lawfare and Weaponization" that the Fund is designed to combat.

23. We have already seen in public reporting that FACE defendants, like those represented by the Thomas More Society, plan to seek compensation from the Fund.

24. This Anti-Weaponization Fund also comes on the heels of the Department of Justice's Weaponization Working Group's first report, published in April 2026, which focuses entirely on the Biden Administration's "weaponization" of the FACE Act.

25. Like the Trump administration's earlier actions, the Anti-Weaponization Fund sends a clear message to anti-abortion extremists that they will not face consequences for violating the law. But it also goes farther. The Anti-Weaponization Fund will provide anti-abortion extremists with monetary compensation, which they can use to expand their reach and tactics.

26. NAF and our members are bracing for a surge in violence and disruption caused by the further emboldened and newly funded anti-abortion movement.

27. Over the past four years, since several states have outlawed abortion altogether, we have seen anti-abortion extremists redouble their efforts in those states where abortion is protected. They travel—and even move—to those states in order to target and harass providers on a regular basis, something that payments from the Anti-Weaponization Fund will only enable.

28. One new organization that was founded late last year, called the Rescue Resurrection, purchased property in Memphis, Tennessee for a "pro-life activist academy," and announced, "We are bringing back rescue. This is not a drill."[2]

29. Now, with tens and likely hundreds of millions of dollars in new resources—from the United States government no less—we expect that organized anti-abortion extremist networks will gain increased operational capacity. Historically, organized anti-abortion groups and individuals involved in clinic-access actions have relied on coordinated interstate travel,

_____

[2] *NAF 2025 Violence & Disruption Report*, National Abortion Federation (May 19, 2026), https://perma.cc/272F-AEAZ.

training, fundraising, legal support networks, and organized protest activity directed at reproductive healthcare facilities. Additional resources will expand those existing capabilities by supporting increased travel, coordination, recruitment, communications infrastructure, training activities, and other organized operational efforts targeting clinics and providers. Many of NAF's members will face direct threats as a result.

30.     As just one example, NAF member carafem—a national nonprofit that provides abortion care—is credibly fearful that the FACE defendants who were convicted for invading its clinic in Mt. Juliet, Tennessee in 2022 could cause further harm, based on the well-documented examples of threats and intimidation that occurred in connection with that incident.

31.     At the time, activists attempted to force entry into the clinic, obstructed clinic operations, and intimidated staff and patients. One of the invaders who was speaking to security through the video intercom threatened, "Either they gonna let us in or we take this whole building down. It's up to them. We are trying to see if they let us into the office into carafem. But if not, we are just going to terrorize this whole building."[3]

32.     Although carafem's Tennessee location has since closed due to the state's abortion ban, carafem continues to operate clinics and offices in Georgia, Illinois, Maryland, and Washington, D.C. Those locations continue to face threats, obstructions, assaults, picketing, and other activities intended to intimidate abortion providers, staff, and patients. And at least five of the ten individuals who were pardoned in connection with the invasion at carafem's Tennessee

---

[3] Blake Farmer, *Federal judge orders protesters to stay away from the Mt. Juliet abortion clinic*, WPLN News (Aug. 2, 2022), https://perma.cc/WAJ4-NL6P.

location have histories of participating in clinic blockade or anti-abortion direct-action activity in multiple states.[4] Such repeat conduct across jurisdictions is, in fact, common.[5]

33. carafem has already diverted significant staff time and financial resources from its core activity of providing abortion care to increasing security and ensuring that its staff are prepared for upcoming threats.

34. For example, carafem has installed in-clinic security cameras, secure locked doors, and key card access features. It has also developed and provided drills and trainings to its staff for how to handle violence and disruptions, including active shooters.

35. carafem has incurred additional expenses for staff training, security improvements, and facility protections that otherwise would have been allocated toward patient care and operational services. Staff participation in safety and protest-response trainings also diverts time away from direct patient care responsibilities.

36. Pardons, anti-weaponization rhetoric, and the prospect of financial reimbursement may reduce the perceived risks associated with anti-abortion direct-action tactics, potentially emboldening some activists to continue or escalate clinic-access disruptions.

37. No one should fear violence at the workplace or when seeking healthcare, yet abortion providers, patients, and volunteers face violence and harassment every day, which will increase exponentially as extremists continue to receive validation and now resources from the Anti-Weaponization Fund.

---

[4] *Clemency Grants by President Donald J. Trump (2025-Present)*, Dep't of Just. (updated Mar. 2, 2026), https://perma.cc/P6G8-JD9A.

[5] *See, e.g.*, Dep't of Justice, Press Release, *Two Tennessee Individuals Charged In Manhattan Federal Court With Violating The Freedom Of Access To Clinic Entrances Act* (Dec. 16, 2022), https://perma.cc/6YKA-6PJS; Dep't of Justice, Press Release, *Tennessee Woman Sentenced To 41 Months In Prison For Violating The Freedom Of Access To Clinic Entrances Act* (July 24, 2024), https://perma.cc/9ABD-8NJS.

38. As NAF's tracking for nearly five decades shows, our members are not concerned about peaceful protest but instead about physical obstruction and violence that prevents individuals from accessing care.

39. Many NAF provider members are not equipped, financially or physically, to address the threats that the Anti-Weaponization Fund has already created and will continue to create.

40. Without relief, many providers in our membership will need to significantly increase security and divert staff to address threats. Because many providers already do not have the resources or capacity to meet the increased demand for services in their communities in light of changes to the reproductive healthcare landscape, they will face an even greater struggle to address the surge in need because of these renewed threats. The Anti-Weaponization Fund is already emboldening extremists, but the disbursement of funds would be catastrophic and nothing short of a five-alarm fire for many of our member clinics and the people and communities they serve. Even temporary operation of the Fund could be devastating to the safety and operations of our provider members.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 28, 2026

_Brittany Fonteno_

Brittany Fonteno
President and CEO, National Abortion Federation, Inc.