**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| Andrew Floyd, et al., <br><br><br> Plaintiffs, <br><br> v. <br><br> Department of Justice, et al., <br><br> Defendants. | **Case No. 26-cv-1399-LMB** |

**NOTICE OF HEARING**

Plaintiffs respectfully submit this notice to inform the Court that on Friday, June 5, 2026, at 10:00 a.m., or as soon thereafter as undersigned counsel may be heard, Plaintiffs will present to the Court their motion for a temporary restraining order, or in the alternative, a preliminary injunction with expedited briefing, and for a stay under 5 U.S.C. § 705.

Dated:  May 28, 2026

Respectfully submitted,

/s/ Joel McElvain
Joel McElvain (Va. Bar No. 95215)
Pooja A. Boisture*
Jyoti Jasrasaria*
Kevin E. Friedl*
Aman George*
Jessica Anne Morton*
Ayesha Khan*
Robin F. Thurston*
Skye L. Perryman*
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
jmcelvain@democracyforward.org

pboisture@democracyforward.org
jjasrasaria@democracyforward.org
kfriedl@democracyforward.org
ageorge@democracyforward.org
jmorton@democracyforward.org
akhan@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

*Counsel for Plaintiffs*

*admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of May, 2026, I will cause the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system. I will then promptly cause those documents and a notification of such filing (NEF) to be sent counsel for all Defendants via e-mail, to which they have consented in writing. *See* Fed. R. Civ. P. 5(b)(2)(E).

I will also cause the foregoing to be sent via first-class mail to the proposed intervenor at:

> Joseph A. Camp
> 1317 Edgewater Drive #6983
> Orlando, FL 32804

> */s/ Joel McElvain*
> Joel McElvain (Va. Bar No. 95215)
> Democracy Forward Foundation
> P.O. Box 34553
> Washington, DC 20043
> (202) 448-9090
> jmcelvain@democracyforward.org
>
> *Counsel for Plaintiffs*