# ATTACHMENT

 

# Floyd v DOJ, No. 26-1399 (E.D. Va.) - Anti-Weaponization Fund

**Kevin Friedl** <kfriedl@democracyforward.org>                      Thu, May 28, 2026 at 3:44 PM
To: "Block, Andrew (OASG)" <Andrew.Block@usdoj.gov>
Cc: "Adams, John (OASG)" <John.Adams5@usdoj.gov>, "Fielden, Micah (OASG)" <Micah.Fielden@usdoj.gov>, Joel McElvain <jmcelvain@democracyforward.org>, Pooja Boisture <pboisture@democracyforward.org>, Jyoti Jasrasaria <jjasrasaria@democracyforward.org>, Aman George <ageorge@democracyforward.org>, Jessica Morton <jmorton@democracyforward.org>

Thank you, Andrew. Received, and we will add.

On Thu, May 28, 2026 at 3:39 PM Block, Andrew (OASG) <Andrew.Block@usdoj.gov> wrote:

> Kevin –
>
> Please include the Defendant's position statement, below, with respect to the June 5 hearing date and Plaintiffs' proposed briefing schedule.
>
> "The Defendants oppose the unreasonable briefing schedule proposed by the Plaintiffs. The Defendants have represented to the Plaintiffs that 1) a formal process for the government to receive claims for payment from the Fund has not yet been established; and 2) no money has been transferred to the Fund. Therefore, no claims have been or could imminently be formally processed, let alone adjudicated, let alone paid. The Defendants further offered to provide at least 24-hour notice to the Plaintiffs before any monies are even transferred to the Fund, thus preserving the relative positions of the parties without any current need for emergency-pace litigation that unduly burdens the court and the parties. The Plaintiffs rejected this offer, filed a Motion for Temporary Restraining Order, and now propose a needlessly rushed briefing schedule. The Defendants seek an additional week to allow for orderly briefing of the issues presented. Defendants propose a response deadline of 5 pm on Friday, June 5, a reply deadline of 5 pm on Wednesday, June 10, and oral argument (if necessary) on Friday, June 12. Under this proposal, the Defendants would still provide at least 24-hour notice of any transfer to the Fund."
>
> Best Regards,
>
> Andrew J. Block
>
> Senior Counsel
>
> Office of the Associate Attorney General
>
> Andrew.Block@usdoj.gov
>
> (c) (202) 372-7565

**From:** Kevin Friedl <kfriedl@democracyforward.org>
**Sent:** Thursday, May 28, 2026 2:47 PM
**To:** Block, Andrew (OASG) <Andrew.Block@usdoj.gov>
**Cc:** Adams, John (OASG) <John.Adams5@usdoj.gov>; Fielden, Micah (OASG) <Micah.Fielden@usdoj.gov>; Joel McElvain <jmcelvain@democracyforward.org>; Pooja Boisture <pboisture@democracyforward.org>; Jyoti Jasrasaria <jjasrasaria@democracyforward.org>; Aman George <ageorge@democracyforward.org>; Jessica Morton <jmorton@democracyforward.org>
**Subject:** Re: [EXTERNAL] Floyd v DOJ, No. 26-1399 (E.D. Va.) - Anti-Weaponization Fund

Andrew, I appreciate the follow-up, but we are going to have to proceed with noticing a June 5 hearing date. Twenty-four hours' notice is not a reasonable amount of time for us to go to the Court and seek appropriate relief, in the event that becomes necessary.

On Thu, May 28, 2026 at 2:15 PM Block, Andrew (OASG) <Andrew.Block@usdoj.gov> wrote:

> Hi Kevin –
>
> Thank you for the email. While I cannot agree that the Defendants will not take any action with respect to the Fund until June 19, I can offer that the Defendants will provide 24-hour advance notice before any monies are transferred into the Fund.
>
> Best Regards,
>
> Andrew J. Block
>
> Senior Counsel
>
> Office of the Associate Attorney General
>
> Andrew.Block@usdoj.gov
>
> (c) (202) 372-7565
>
> ---
>
> **From:** Kevin Friedl <kfriedl@democracyforward.org>
> **Sent:** Thursday, May 28, 2026 12:55 PM
> **To:** Block, Andrew (OASG) <Andrew.Block@usdoj.gov>
> **Cc:** Adams, John (OASG) <John.Adams5@usdoj.gov>; Fielden, Micah (OASG) <Micah.Fielden@usdoj.gov>; Joel McElvain <jmcelvain@democracyforward.org>; Pooja Boisture <pboisture@democracyforward.org>; Jyoti Jasrasaria <jjasrasaria@democracyforward.org>; Aman George <ageorge@democracyforward.org>; Jessica Morton <jmorton@democracyforward.org>
> **Subject:** Re: [EXTERNAL] Floyd v DOJ, No. 26-1399 (E.D. Va.) - Anti-Weaponization Fund
>
> Andrew,

Thank you for that.

Thank you also for the call and for your confirmation that, as of now, no money has been transferred to the Fund, no claims have been paid, and no formal process has been set up to accept claims for adjudication. As we discussed, our clients require some additional assurance that those facts on the ground are not going to change suddenly and before the Court has a chance to address our motion. To that end, we could agree to a June 12 hearing date if Defendants are able to commit, and document in the motion for a briefing schedule, that no money will be transferred to the Fund, no claims will be paid, and no process will be established for adjudicating claims on the Fund until June 19, in order to allow the Court time to decide our motion for preliminary relief. Please let us know as soon as you can whether you are able to provide such commitments. If not, or if we have not heard from you by 5 pm, we will file a motion for a briefing schedule asking for the schedule we previously proposed.

Kevin

On Thu, May 28, 2026 at 12:12 PM Block, Andrew (OASG) <Andrew.Block@usdoj.gov> wrote:

Kevin –

The government agrees to waive a hearing on the motion for the briefing schedule and to receive service of all future documents and filings via email.

As discussed, we'll continue to discuss the proposed briefing schedule,

Best Regards,

Andrew J. Block

Senior Counsel

Office of the Associate Attorney General

Andrew.Block@usdoj.gov

(c) (202) 372-7565

---

**From:** Kevin Friedl <kfriedl@democracyforward.org>
**Sent:** Thursday, May 28, 2026 11:44 AM
**To:** Block, Andrew (OASG) <Andrew.Block@usdoj.gov>
**Cc:** Adams, John (OASG) <John.Adams5@usdoj.gov>; Fielden, Micah (OASG) <Micah.Fielden@usdoj.gov>; Joel McElvain <jmcelvain@democracyforward.org>; Pooja Boisture <pboisture@democracyforward.org>; Jyoti Jasrasaria <jjasrasaria@democracyforward.org>; Aman George <ageorge@democracyforward.org>; Jessica Morton <jmorton@democracyforward.org>
**Subject:** Re: [EXTERNAL] Floyd v DOJ, No. 26-1399 (E.D. Va.) - Anti-Weaponization Fund

Andrew,

Thank you for agreeing to waive a hearing on the motion for a briefing schedule. Could you please also confirm here that Defendants consent to service of future filings in this case via e-mail?

Thank you again, and we'll look forward to getting your proposal on a briefing schedule later today.

Kevin

On Thu, May 28, 2026 at 10:21 AM Kevin Friedl <kfriedl@democracyforward.org> wrote:

Hi Andrew,

Thank you, 11:30 works on our end. I will circulate an invite right now.

Kevin

On Thu, May 28, 2026 at 10:20 AM Block, Andrew (OASG) <Andrew.Block@usdoj.gov> wrote:

Hi Kevin,

Can you do 11:30?

Best Regards,

Andrew J. Block

Senior Counsel

Office of the Associate Attorney General

Andrew.Block@usdoj.gov

(c) (202) 372-7565

---

**From:** Kevin Friedl <kfriedl@democracyforward.org>
**Sent:** Thursday, May 28, 2026 10:17 AM
**To:** Adams, John (OASG) <John.Adams5@usdoj.gov>
**Cc:** Fielden, Micah (OASG) <Micah.Fielden@usdoj.gov>; Joel McElvain <jmcelvain@democracyforward.org>; Block, Andrew (OASG) <Andrew.Block@usdoj.gov>; Pooja Boisture <pboisture@democracyforward.org>; Jyoti Jasrasaria <jjasrasaria@democracyforward.org>; Aman George <ageorge@democracyforward.org>; Jessica Morton <jmorton@democracyforward.org>
**Subject:** Re: [EXTERNAL] Floyd v DOJ, No. 26-1399 (E.D. Va.) - Anti-Weaponization Fund

Thanks, John. Andrew, are you available to talk before noon?

On Thu, May 28, 2026 at 10:10 AM Adams, John (OASG) <John.Adams5@usdoj.gov> wrote:

Hi Kevin,

We appreciate your patience in responding to your questions as we've been dealing with unexpected emergency motions in other cases. I'm copying our colleague Andrew Block who can meet and confer over your questions.

John

John K. Adams

Deputy Associate Attorney General

U.S. Department of Justice

(202) 353-5905

---

**From:** Kevin Friedl <kfriedl@democracyforward.org>
**Sent:** Thursday, May 28, 2026 7:54 AM
**To:** Adams, John (OASG) <John.Adams5@usdoj.gov>
**Cc:** Fielden, Micah (OASG) <Micah.Fielden@usdoj.gov>; Joel McElvain <jmcelvain@democracyforward.org>; Pooja Boisture <pboisture@democracyforward.org>; Jyoti Jasrasaria <jjasrasaria@democracyforward.org>; Aman George <ageorge@democracyforward.org>; Jessica Morton <jmorton@democracyforward.org>
**Subject:** Re: [EXTERNAL] Floyd v DOJ, No. 26-1399 (E.D. Va.) - Anti-Weaponization Fund

John,

We intend to move as early as this morning for a TRO and 705 stay, and to separately move for a briefing schedule to govern that motion. Please let us know your responses to the following as soon as possible.

1. Are you available to confer this morning on the motion to set a briefing schedule? We contemplate asking that Defendants' opposition be due June 2 at 5 p.m., that Plaintiffs reply be due June 4 at 5 p.m., and the hearing be set for June 5.
2. Local rules require that motions be set for hearing unless the parties agree to submission of the motion without oral argument. Do you consent to submission of the motion for a briefing schedule without oral argument?
3. Will Defendants agree to accept service by email in this litigation going forward?

Thank you for your prompt reply on these points.

Kevin

On Wed, May 27, 2026 at 5:41 PM Kevin Friedl <kfriedl@democracyforward.org> wrote:

John,

Do you have any updates to share at this point on the questions we posed yesterday and that you all were going to try to get us a response on today? If the government is unable to provide some meaningful assurances on those points, we expect to seek preliminary relief from the Court tomorrow. Can you please also let us know your position on that motion?

Thank you,
Kevin

On Tue, May 26, 2026 at 3:29 PM Kevin Friedl <kfriedl@democracyforward.org> wrote:

John,

Thanks for your response. The complaint and exhibits are attached here. We believe it would be useful to talk today even if you all are not yet in a position to response to our questions. I will circulate an invite now.

Kevin

On Tue, May 26, 2026 at 3:18 PM Adams, John (OASG) <John.Adams5@usdoj.gov> wrote:

Hi Kevin,

Could you please send the complaint and exhibits so we can review? Although we haven't reviewed the complaint just yet, we can meet at 4:00 if you insist, otherwise we can find a time later this week. Given the hour, we won't be able to respond today to your questions, but I'd hope to be able to respond by Wednesday.

John

John K. Adams

Deputy Associate Attorney General

U.S. Department of Justice

(202) 353-5905

From: Kevin Friedl <kfriedl@democracyforward.org>
Sent: Tuesday, May 26, 2026 2:05 PM
To: Adams, John (OASG) <John.Adams5@usdoj.gov>; Fielden, Micah (OASG) <Micah.Fielden@usdoj.gov>
Cc: Joel McElvain <jmcelvain@democracyforward.org>; Pooja Boisture <pboisture@democracyforward.org>; Jyoti Jasrasaria <jjasrasaria@democracyforward.org>; Aman George <ageorge@democracyforward.org>; Jessica Morton <jmorton@democracyforward.org>
Subject: Fwd: [EXTERNAL] Floyd v DOJ, No. 26-1399 (E.D. Va.) - Anti-Weaponization Fund

Hi, John and Micah,

We understand you are handling this case. Can you let us know your availability to meet and confer today and if you can offer any response on our request for confirmation below?

Thank you,

Kevin

---------- Forwarded message ---------
From: **Kevin Friedl** <kfriedl@democracyforward.org>
Date: Tue, May 26, 2026 at 2:02 PM
Subject: Re: [EXTERNAL] Floyd v DOJ, No. 26-1399 (E.D. Va.) - Anti-Weaponization Fund
To: Haas, Alex (CIV) <Alex.Haas@usdoj.gov>
Cc: Kelleher, Diane (CIV) <Diane.Kelleher@usdoj.gov>, Barghaan, Dennis (USAVAE) <Dennis.Barghaan@usdoj.gov>, Joel McElvain <jmcelvain@democracyforward.org>, Pooja Boisture <pboisture@democracyforward.org>, Jyoti Jasrasaria <jjasrasaria@democracyforward.org>, Aman George <ageorge@democracyforward.org>, Jessica Morton <jmorton@democracyforward.org>

Thanks, Alex. We'll reach out.

On Tue, May 26, 2026 at 1:49 PM Haas, Alex (CIV) <Alex.Haas@usdoj.gov> wrote:

Hi Kevin,

John Adams (john.adams5@usdoj.gov) and Micah Fielden (micah.fielden@usdoj.gov) will be handling these cases for the Government. I've included their email addresses.

Best,

Alex

Alexander K. Haas

Director, Federal Programs Branch

Civil Division, U.S. Department of Justice

(202) 514-1259

alex.haas@usdoj.gov

---

**From:** Kevin Friedl <kfriedl@democracyforward.org>
**Sent:** Tuesday, May 26, 2026 9:39 AM

All,

We hope you had a nice holiday weekend. We're writing to alert you (as you may have seen) that we recently filed *Floyd v. Department of Justice*, No. 26-1399 (E.D. Va.) (complaint and exhibits attached), challenging the creation of the Anti-Weaponization Fund. We intend to move for preliminary relief, not least because the lack of transparency around the Fund means that the Fund could already have members, and even be processing claims, outside of the public eye, with resulting irreparable injury to our clients.

Per the local rules, we'd like to meet and confer **today** about an expedited briefing schedule on the motion for preliminary relief. Can you let us know what times you'd be available?

In the meantime, by COB today, please confirm whether (1) any money has been transferred to the Anti-Weaponization Fund to date, (2) whether any claims on the Fund have been paid to date, and if not (3) the date(s) by which money will be transferred and claims will begin being paid. Alternatively, please confirm that no money will be transferred and no claims on the Fund will be processed until the Court has had an opportunity to rule on our motion for preliminary relief. Absent such a guarantee, we will be forced to seek relief from the Court on an accelerated timeline. If you could provide such guarantee, we are hopeful that the parties could negotiate a less compact schedule.

Thank you,

Kevin

(202) 894-6035



**Kevin Friedl**
Senior Counsel
Democracy Forward

kfriedl@democracyforward.org

democracyforward.org

**NOTICE: This communication and any attachments may contain privileged or other confidential information and is intended only for use by the individual or entity named above. If you have received this communication in error, please immediately advise the**

sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.