|  |  |
|---|---|
| Andrew Floyd, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>Department of Justice, et al.,<br><br>        Defendants. | **Case No. 26-cv-1399-LMB** |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' expedited motion for a briefing schedule and Defendants' response, it is hereby

**ORDERED** that briefing on Plaintiffs' motion for a temporary restraining order, or in the alternative, a preliminary injunction with expedited briefing, and for a stay under 5 U.S.C. § 705 shall proceed as follows:

- Defendants' opposition to Plaintiffs' motion will be due on **June 2, 2026 by 5 p.m.**;

- Plaintiffs' reply will be due on **June 4, 2026 by 5 p.m.**;

- the Court will hold a hearing on Plaintiffs' motion on **June 5, 2026.**

**SO ORDERED.**

Dated: _____, 2026

_____
THE HON. LEONIE M. BRINKEMA
UNITED STATES DISTRICT JUDGE