IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| ANDREW FLOYD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:26-cv-1399 (LMB/IDD) |
| | ) | |
| DEPARTMENT OF JUSTICE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Before the Court is plaintiffs' Expedited Motion for Briefing Schedule ("Expedited

Motion"), which requests an expedited briefing and hearing schedule for its pending Motion for

Temporary Restraining Order, Or in the Alternative, a Preliminary Injunction with Expedited

Briefing and for a Stay Under 5 U.S.C. § 705 ("Motion"). See generally, [Dkt. No. 30].

Defendants oppose this Motion, requesting additional time to respond. See id. at 3-4. Because

full briefing of the issue will enhance the ability of the Court to make a sound decision,

plaintiffs' Expedited Motion, [Dkt. No. 30], is DENIED and defendants' request for additional

time is GRANTED; however, to ensure that no funds are irreversibly disbursed from the Anti-

Weaponization Fund (hereinafter, "Fund") while plaintiffs' Motion is pending, it is hereby

ORDERED that defendants be and are ENJOINED from taking any further action

pursuant to the creation or operation of the Anti-Weaponization Fund, which includes the

transferring of money to the Fund; the consideration of any claims submitted to the Fund; and the

disbursing of any funds from the Fund;[1] and it is further

---

[1] It is important that the status quo be maintained until plaintiffs' pending Motion has been
resolved, especially as plaintiffs allege in their Expedited Motion that defense counsel "was
unable . . . to provide assurances of how long [the] status quo would last" and declined plaintiffs'

ORDERED that defendants file their Opposition to plaintiffs' Motion by close of business on Friday, June 5, 2026; and it is further

ORDERED that plaintiffs file their Reply by close of business on Wednesday, June 10, 2026; and it is further

ORDERED that the hearing on plaintiffs' Motion currently noticed for Friday, June 5, 2026, at 10:00 am be and is RESET to Friday, June 12, 2026 at 10:00 am.

The Clerk is directed to forward a copy of this Order to counsel of record.

Entered this 28th day of May, 2026.

Alexandria, Virginia

/s/

Leonie M. Brinkema
United States District Judge

---

"request that the government commit to not transferring money to the Fund or processing or paying claims until at least June 19 to allow for less compressed briefing in this case." [Dkt. No. 30] at 2-3.