# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

Floyd, et al.
**Plaintiff**

vs

Department of Justice, et al.
**Defendant**

)
)
)
)
)
)
)
)

**Case Number: 1:26-cv-1399**

## AFFIDAVIT OF MAILING SERVICE

I, Laura Creekmore, the undersigned, and does hereby swear and affirm that affiant is a Private Process Server and disinterested Person over the age of eighteen. Affiant is not a party in this matter and has a business address of 18403 Woodfield Road, Suite A Gaithersburg, MD 20879.

I, Laura Creekmore, certify that on 05/26/2026, I mailed by Priority 2 Day Return Receipt Certified a copy of the within **Summons & Complaint** upon the within named **United States Attorney's Office for the Eastern District of Virginia** , in the following manner,

**(XX) MAILING SERVICE:** By placing a true copy of each document in the United States mail, in a sealed envelope by Priority Mail 2-Day with Certified Mail #9402836208551274958037 with Return Receipt . The sealed envelope was signed for on **05/28/2026** . (Exhibit A)

Addressed As Follows: **United States Attorney's Office for the Eastern District of Virginia , 2100 Jamieson Ave, Alexandria, VA 22314**

I, Laura Creekmore, certify that my statements, contained within the foregoing affidavit are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

5/29/26
_____
Date



86601

*Laura Creekmore*
P.O. Box 18647
Washington, DC 20036
202-296-0222

Civil Action No.    1:26-cv-1399

# PROOF OF SERVICE
## *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    United States Attorney's Office for the Eastern District of Virginia

was received by me on *(date)*    5/26/2026            .

☐  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐  I returned the summons unexecuted because _____ ; or

☐  Other *(specify):*    **Served by Certified Mail 9402836208551274958037 to 2100 Jamieson Ave, Alexandria, VA 22314 on 05/28/2026. Service was signed for on 05/28/2026. (See Exhibit A)**

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:   5/28/2026 _____

_____
*Server's signature*

Laura Creekmore, Process Server
_____
*Printed name and title*

86601

P.O. Box 18647, Washington, DC  20036
_____
*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons & Complaint



**UNITED STATES POSTAL SERVICE** ®

May 28, 2026

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8362 0855 1274 9580 37**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | May 28, 2026, 12:30 pm |
| **Location:** | ALEXANDRIA, VA 22314 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | US ATTORNEY'S OFF FOR THE EASTERN DIST OF VA |

## Shipment Details

**Weight:**

## Recipient Signature

**Signature of Recipient:** _KW_ _KW_

**Address of Recipient:** 2100 JAMIESON AVE, ALEXANDRIA, VA 22314

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

US Attorney's Off for the Eastern Dist of VA
Justin W Williams US Attorney's Bldg
2100 Jamieson Avenue
Alexandria, VA 22314
Reference #: 86601
Item ID: 86601

# EXHIBIT A