FILED

06/02/2026

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

ANDREW FLOYD, et al.,
             Plaintiffs,

v.                                          Case No. 1:26-cv-01399-LMB-IDD

DEPARTMENT OF JUSTICE, et al.,
             Defendants.

**MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF
IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Movant Juan Campo, a/k/a John Campo, a U.S. Citizen, respectfully moves for leave to file the attached Amicus Curiae Brief in opposition to Plaintiffs' Motion for Preliminary Injunction (or alternative application for extraordinary equitable relief) currently pending before this Court.

In support, Movant states:

1.    Movant Juan Campo is an individual alleging substantial reputational, economic, and professional harm arising from federal investigatory and prosecutorial actions connected to executive agency enforcement mechanisms.

2.    Movant is not a party to this action but is a prospective claimant and an intended beneficiary of the Anti-Weaponization Relief Fund, the operation and funding of which have been temporarily restrained by this Court's recent order.

3.    Movant's proposed amicus submission provides a vital perspective not adequately represented by the existing parties—specifically, the interests of independent, nonparty individuals alleging concrete, unsustainable prosecutorial harm who rely upon the fund for administrative restitution.

4.    Movant does not seek to intervene as a party, relitigate any underlying criminal or administrative proceedings, or expand the legal and statutory issues presently being briefed before the Court.

5.    The proposed amicus brief is strictly limited to the equitable considerations and collateral consequences relevant to maintaining the status quo, and highlights why a blanket, long-term preliminary injunction would prematurely prejudice prospective claimants before a final adjudication on the merits.

6.    Amicus participation may assist the Court in evaluating the broad public interest and the concrete reliance interests of nonparty claimants should the challenged fund framework be permanently enjoined or dismantled.

WHEREFORE, Movant respectfully requests leave to file the attached proposed Amicus Curiae Brief.

Respectfully submitted,



Juan Bernardo Campo
Amicus Curiae Pro Se
Carrera 52 # 94-296
Barranquilla, Colombia
+57-318-657-0918
jcampo9607@gmail.com

Dated: June 2, 2026

Exhibit A: PROPOSED AMICUS CURIAE BRIEF OF JUAN CAMPO

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 2, 2026, I caused a true and correct copy of the foregoing Motion for Leave to File Amicus Curiae Brief and Proposed Amicus Curiae Brief to be served via the Court's CM/ECF system, or by electronic mail upon counsel of record reasonably identifiable from the docket in this action, including counsel for Plaintiffs (Democracy Forward), jmcelvain@democracyforward.org, and counsel for the Defendants (U.S. Department of Justice), Stanley.Woodward@usdoj.gov.

Juan Campo

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

ANDREW FLOYD, et al.,
               Plaintiffs,

        v.                           Case No. 1:26-cv-01399-LMB-IDD

DEPARTMENT OF JUSTICE, et al.,
               Defendants.

## LOCAL RULE 83.1(M) CERTIFICATION

I declare under penalty of perjury that: No attorney has prepared, or assisted in the preparation

of *Motion for Leave to File Amicus Brief and Proposed Amicus Brief*. (Title of Document)

_____Juan Campo_____ Name of Pro Se Party (Print or Type)

_____ Signature of Pro Se Party Executed on:

_____June 2, 2026_____ (Date)