# Exhibit B

4

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

ANDREW FLOYD, *et al.*,

    *Plaintiffs*,

v.                                              Case No. 26-cv-01399

DEPARTMENT OF JUSTICE, *et al.*,

    *Defendants*.

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE
ON BEHALF OF UNITED STATES SENATORS CORY BOOKER AND BILL CASSIDY
AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS**

Upon consideration of the Motion for Leave to File Amici Curiae Brief of United States Senators Cory Booker and Bill Cassidy in Support of Plaintiffs, it is hereby **ORDERED** as follows:

1.    The Motion is **GRANTED**, and further

2.    The proposed Brief on behalf of Amici Curiae Members of the United States Senate is hereby deemed filed in the above-captioned action.

**SO ORDERED** this _____ day of _____, 2026.