IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| Andrew Floyd; Jonathan Caravello; | ) | |
| City of New Haven; National Abortion | ) | |
| Federation; Common Cause, | ) | |
| *Plaintiffs,* | ) | 1-26-cv-1399 |
| | ) | |
| v. | ) | |
| | ) | |
| Department of Justice; | ) | J. Brinkema |
| Todd Blanche, in his official capacity | ) | |
| as Acting Attorney General; | ) | |
| Stanley Woodward Jr., in his official | ) | |
| capacity as Associate Attorney General; | ) | |
| Scott Bessent, in his official capacity | ) | |
| as Secretary of the Treasury; | ) | |
| Department of the Treasury; | ) | |
| and Anti-Weaponization Fund, | ) | |
| *Defendants.* | | |

INTERVENOR'S MOTIONS TO JOIN AND RECONSIDER

10

## INTERVENOR'S MOTIONS

Intervenor moves that Judge Brinkema grant joinder, reconsider whether Plaintiff's have standing, find the Plaintiffs' lack standing, and dismiss their Motion and Complaint, while "downgrading" them to amici.

Respectfully Submitted,

*/S/   Glenn Stephens*   6/01/2026
Glenn Stephens III Ph.D., Esq.
Stephens Arbitration, Mediation & Settlement (SAMS)
Post Office Box 120  Gilbertsville PA 19525
StephensArbMedStlmt@gmail.com

11