06/05/2026

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

ANDREW FLOYD, et al.,
          Plaintiffs,

        v.                            Case No. 1:26-cv-01399-LMB-IDD

DEPARTMENT OF JUSTICE, et al.,
          Defendants.

## NOTICE OF LODGING HISTORICAL DISMISSAL ORDER

Movant Juan Campo hereby respectfully lodges with the Court a true and correct copy of the 2018 Order of Dismissal entered pursuant to Federal Rule of Criminal Procedure 48(a) in the Southern District of Florida, Case No.16-20165-Cr-COOKE, as referenced in Movant's pending Motion for Leave to File Amicus Curiae Brief (D.E. 35).

Respectfully submitted,

_____
Juan Bernardo Campo
Carrera 52 # 94-296
Barranquilla, Colombia
+57-318-657-0918
jcampo9607@gmail.com

Pro Se

Dated: June 5, 2026

Exhibit A: Copy of the 2018 Campo Order of Dismissal in the SDFL

**LOCAL RULE 83.1(M) CERTIFICATION**

I declare under penalty of perjury that no attorney has prepared, or assisted in the preparation of, this Notice of Lodging.

_____
Juan Bernardo Campo


**CERTIFICATE OF SERVICE**


I HEREBY CERTIFY that on June 5, 2026, I caused a true and correct copy of the foregoing Notice of Lodging Historical Dismissal Order and its attached Exhibit A to be served via the Court's CM/ECF system, or by electronic mail upon counsel of record reasonably identifiable from the docket in this action, including counsel for Plaintiffs (Democracy Forward), jmcelvain@democracyforward.org, and counsel for the Defendants (U.S. Department of Justice), Stanley.Woodward@usdoj.gov.

_____
Juan Campo