IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

**Andrew Floyd**, et al.,

        Plaintiffs,

        v.

**Department of Justice**, et al.,

        Defendants.

Case No. **26-cv-1399-LMB**

**PLAINTIFFS' EXPEDITED MOTION TO AMEND THE SCHEDULING ORDER**

As detailed in Plaintiffs' motion for limited expedited discovery, ECF No. 70, Plaintiffs seek leave from this Court to conduct limited expedited discovery to test representations made by Defendants that are relevant to the disposition of Plaintiffs' pending motion for preliminary relief, ECF Nos. 24, 27.

Should the Court grant that discovery request, Plaintiffs request that the Court modify the current schedule in the case, ECF No. 31, to allow for limited expedited discovery. Plaintiffs request that the Court modify the schedule in the case by postponing a hearing on Plaintiffs' pending motion for preliminary relief by two weeks, to June 26,[1] to allow for completion of expedited discovery, and to allow for the parties to complete any supplemental briefing by June 24.

---

[1] During the meet and confer about this motion, Andrew Block, counsel for Defendants represented that he would be unavailable for any hearing on Friday, June 19 or Friday, June 26. Plaintiffs are of course open to considering any alternate hearing dates that would be convenient for this Court and Defendants' counsel, if this Court's injunction remains in place, and would be willing to modify their proposed discovery and supplemental briefing deadlines in consultation with Defendants to account for any such changes to Plaintiffs' proposed schedule.

As detailed in the correspondence attached to Plaintiffs' motion for limited expedited discovery, Plaintiffs have met and conferred with Defendants prior to filing this motion. *See* ECF No, 70-1, Att. A. Defendants conveyed their position that they object to this motion, and plan to file a brief explaining their opposition.

Plaintiffs waive a hearing on this motion.[2]

Dated: June 9, 2026

Respectfully submitted,

*/s/ Joel McElvain*
Joel McElvain (Va. Bar No. 95215)
Pooja A. Boisture*
Jyoti Jasrasaria*
Aman George*
Ayesha Khan*
Robin F. Thurston*
Skye L. Perryman*
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
jmcelvain@democracyforward.org
pboisture@democracyforward.org
jjasrasaria@democracyforward.org
kfriedl@democracyforward.org
ageorge@democracyforward.org
jmorton@democracyforward.org
akhan@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

*Counsel for Plaintiffs*

*admitted *pro hac vice*

---

[2] Defendants' counsel conveyed during the parties' meet and confer that they do not consent to Plaintiffs' waiver.