IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| ANDREW FLOYD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:26-cv-1399 (LMB/IDD) |
| | ) | |
| DEPARTMENT OF JUSTICE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

On June 5, 2026, movant Gerald Morris ("Morris"), proceeding pro se, submitted to this Court what appears to be a copy of the claim he filed to the Anti-Weaponization Fund. See generally, [Dkt. No. 66]. Because this is not something that falls under the Court's purview, it is hereby

ORDERED that the Clerk STRIKE Morris's filing, [Dkt. No. 66], from this Court's docket.

The Clerk is directed to forward a copy of this Order to counsel of record, and pro se movant Gerald Morris, at his address of record.

Entered this 10 day of June, 2026.

Alexandria, Virginia

/s/

Leonie M. Brinkema
United States District Judge