**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

|  |  |
|---|---|
| **Andrew Floyd, et al.**,<br><br>       Plaintiffs,<br><br>v.<br><br>**Department of Justice, et al.**,<br><br>       Defendants. | Case No. 1:26-cv-01399-LMB |

### Notice of Supplemental Authority

Defendants respectfully submit this notice of supplemental authority with respect to the Plaintiffs' pending Motion for a Temporary Restraining Order, ECF No. 24, and Motion for a Stay under 5 U.S.C. § 705, ECF No. 27. Defendants' responsive briefing is docketed at ECF No. 62.

Yesterday, June 10, 2026, the United States District Court for the District of Columbia, the Honorable Richard J. Leon, presiding, denied a motion for a Temporary Restraining Order filed by another plaintiff challenging the same exact action that is at issue in the instant case. Importantly, the District of Columbia Court found that the motion was moot due to the several representations by the Acting Attorney General and the papers submitted by counsel on the docket that the Fund at issue was not moving forward. *See Citizens for Responsibility and Ethics in Washington v. Dep't of Justice, et al.*, 1:26-cv-1789 (D.D.C.) (Minute Entry of June 10, 2026).

Dated: June 11, 2026

                      STANLEY E. WOODWARD, JR.
                      *Associate Attorney General*

                      */s/ ANDREW J. BLOCK*
                      Andrew J. Block
                      *Senior Counsel to the Associate Attorney General*

U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

*Counsel for Defendants*

**Certificate of Service**

I hereby certify that on June 11, 2026, I filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, thereby serving all counsel who have appeared in this case.

/s/ *Andrew J. Block*
Andrew Block

3