**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

**Andrew Floyd**, et al.,

Plaintiffs,

v.

**Department of Justice**, et al.,

Defendants.

**Case No. 26-cv-1399-LMB**

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs respectfully submit this Notice with respect to their pending motion for preliminary relief, ECF Nos. 24, 27, and motion for limited expedited discovery, ECF No. 70.

This morning, *The Atlantic*'s Sarah Fitzgerald reported in an article entitled *Trump Isn't Giving Up on His Slush Fund* that "eight people familiar with the so-called Anti-Weaponization Fund—including current and former Justice Department officials, current and former members of Congress, a defense attorney, and political operatives close to the administration[ a]ll said that Justice Department officials and people close to the White House have indicated that the payout idea has not actually been scrapped." The article, which includes several other statements that bear on Defendants' mootness and other arguments, is attached to this Notice and publicly available at https://www.theatlantic.com/politics/2026/06/trump-anti-weaponization-fund/687500/.

Dated: June 11, 2026

Respectfully submitted,

*/s/ Joel McElvain*
Joel McElvain (Va. Bar No. 95215)
Catherine M.A. Carroll (Va. Bar No. 50939)

1

Pooja A. Boisture*
Jyoti Jasrasaria*
Aman George*
Ayesha Khan*
Robin F. Thurston*
Skye L. Perryman*
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
jmcelvain@democracyforward.org
ccarroll@democracyforward.org
pboisture@democracyforward.org
jjasrasaria@democracyforward.org
ageorge@democracyforward.org
akhan@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

 *Counsel for Plaintiffs*

*admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of June, 2026, I will cause the foregoing memorandum of law to be electronically filed with the Clerk of Court using the CM/ECF system, thereby serving all counsel who have appeared in this case.

> */s/ Joel McElvain*
> Joel McElvain (Va. Bar No. 95215)
> Democracy Forward Foundation
> P.O. Box 34553
> Washington, DC 20043
> (202) 448-9090
> jmcelvain@democracyforward.org
>
> *Counsel for Plaintiffs*