**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| **Andrew Floyd, et al.**, <br><br> Plaintiffs, <br><br> v. <br><br> **Department of Justice, et al.**, <br><br> Defendants. | Case No. 1:26-cv-01399-LMB |

**Notice of Supplemental Authority**

Defendants respectfully submit this additional notice of supplemental authority to provide the Court with a complete transcript of the proceedings referenced in the earlier filing. *See* ECF No. 80; *Citizens for Responsibility and Ethics in Washington v. Dep't of Justice, et al.*, 1:26-cv-1789 (D.D.C.) (ECF No. 17, June 11, 2026).

Dated: June 11, 2026

STANLEY E. WOODWARD, JR.
*Associate Attorney General*

/s/ ANDREW J. BLOCK
Andrew J. Block
*Senior Counsel to the Associate Attorney General*
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

*Counsel for Defendants*

2

**Certificate of Service**

I hereby certify that on June 11, 2026, I filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, thereby serving all counsel who have appeared in this case.

/s/ *Andrew J. Block*
Andrew Block