## *** CIVIL MOTION MINUTES ***

Date: 6/12/2026                                          Before the Honorable: **LEONIE M. BRINKEMA**

Time: 10:16 – 10:44  (00:28)                          Case No.: **1:26-cv-01399-LMB-IDD**

Official Court Reporter: Stephanie Austin

Courtroom Deputy: Kate Galluzzo

---

# FLOYD ET AL

# V.

# DEPARTMENT OF JUSTICE ET AL

---

Appearances of Counsel for:

[ X ]  Plaintiff:  Catherine Caroll, Pooja Boisture, Aman George, Robin Thurston, Skype Perryman
[ X ]  Defendant:  Andrew Block

**Re:**      [ 24 ]  MOTION for Temporary Restraining Order *or in the Alternative, a Preliminary Injunction with Expedited Briefing* – **GRANTED**
[ 27 ]  MOTION to Stay *Under 5 U.S.C. § 705* – **DENIED AS MOOT**
[ 70 ]  MOTION for Discovery *Expedited Motion for Limited Expedited Discovery -* **DENIED AS MOOT**
[ 72 ] *MOTION to Amend Scheduling Order Expedited Motion -* **DENIED AS MOOT**

Argued and:

[ X ]  Order to Follow