IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| ANDREW FLOYD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:26-cv-1399 (LMB/IDD) |
| | ) | |
| DEPARTMENT OF JUSTICE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons stated in open court, plaintiffs' Motion for a Temporary Restraining Order, or in the Alternative, a Preliminary Injunction With Expedited Briefing, [Dkt. No. 24], is GRANTED; plaintiffs' Motion for a Stay Under 5 U.S.C. § 705, [Dkt. No. 27], Expedited Motion for Limited Expedited Discovery, [Dkt. No. 70], and Expedited Motion to Amend the Scheduling Order, [Dkt. No. 72], are DENIED as MOOT; and it is hereby

ORDERED that, to avoid any further litigation in this civil action, defendants Acting Attorney General Todd Blanche, Associate Attorney General Stanley Woodward, Jr., and Secretary of the Treasury Scott Bessent FILE a declaration under the penalty of perjury that they will not take any action to create or operate the Anti-Weaponization Fund, and that the Anti-Weaponization Fund will not proceed in any manner, or under any name. If such a declaration is not filed by June 19, 2026, the Court will issue a Scheduling Order and require defendants to file a responsive pleading by July 17, 2026; and it is further

ORDERED that to ensure the status quo, the following preliminary injunction be and is IMMEDIATELY ENTERED, effective today, until further Order from the Court. Specifically, defendants be and are ENJOINED from taking any action to create or operate the Anti-

Weaponization Fund, including but not limited to transferring or causing to be transferred any money to the Anti-Weaponization Fund; processing any claim submitted to the Anti-Weaponization Fund; making any payment out of the Anti-Weaponization Fund; appointing any member to manage the Anti-Weaponization Fund; establishing any rules or procedures governing the Anti-Weaponization Fund; destroying any documents relating to the Anti-Weaponization Fund, its creation, its procedures, or claims submitted to the Anti-Weaponization Fund; reconstituting the Anti-Weaponization Fund under a different name; or taking any actions under the purported authority of the Anti-Weaponization Fund; and it is further

ORDERED that if defendants have transferred or caused to be transferred any money to an account for the Anti-Weaponization Fund, they shall immediately reverse that transfer; and it is further

ORDERED that defendants shall submit a status report within seven days of this Order updating the Court on compliance with this Order's terms, including confirmation that no payments have been made from the Anti-Weaponization Fund, and that no funding has been transferred to an account for the Anti-Weaponization Fund, or if it has, that that transfer has been reversed.

Because there is no evidence in this record that the defendants face any harm from this preliminary injunction, plaintiffs do not need to post a bond.

The Clerk is directed to forward a copy of this Order to counsel of record.

Entered this 12 day of June, 2026.

Alexandria, Virginia

/s/

Leonic M. Brinkema
United States District Judge