FILED
MAILROOM

JUN 1 2 2026

CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| Andrew Floyd; Jonathan Caravello; City of New Haven; National Abortion Federation; Common Cause, *Plaintiffs,* | ) ) ) ) | 1-26-cv-1399 |
| | ) | |
| v. | ) ) | |
| Department of Justice; Todd Blanche, in his official capacity as Acting Attorney General; Stanley Woodward Jr., in his official capacity as Associate Attorney General; Scott Bessent, in his official capacity as Secretary of the Treasury; Department of the Treasury; and Anti-Weaponization Fund, *Defendants.* | ) ) ) ) ) ) ) ) ) ) | J. Brinkema |

**INTERVENOR'S MOTION TO JOIN & MOTION FOR RECUSAL**

Intervenor/Movant respectfully moves that Judge Brinkema (or her replacement if Judge

Brinkema recuses) grant joinder under either Rule 19 or Rule 24 and voluntarily recuse herself.

Respectfully Submitted,

/S/  *Glenn Stephens*  6/10/2026
Glenn Stephens III Ph.D., Esq.
Stephens Arbitration, Mediation & Settlement (SAMS)
Post Office Box 120  Gilbertsville  PA 19525
StephensArbMedStlmt@gmail.com

5