IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ANDREW FLOYD, et al.,                        )
                                             )
            Plaintiffs,                      )
                                             )
      v.                                     )        1:26-cv-1399 (LMB/IDD)
                                             )
DEPARTMENT OF JUSTICE, et al.,               )
                                             )
            Defendants.                      )

ORDER

Before the Court is pro se movant Gerald Morris's ("Morris" or "movant") Motion for Reconsideration of Order Striking Docket Entry No. 66 ("Motion"). Docket entry 66 is a copy of a claim Morris intended to submit to the Anti-Weaponization Fund. See generally, [Dkt. No. 66]. Because processing claims to that fund was "not something that falls under the Court's purview," the filing was stricken from the record. [Dkt. No. 77]. In his Motion, Morris now asserts that his filing "was not submitted to initiate a separate proceeding, independent relief or circumvent procedural requirements"; "[r]ather, it was submitted because [m]ovant believed it provided timely and useful factual information concerning the Anti-Weaponization Fund that is the subject of this litigation." [Dkt. No. 90] at ¶ 17.

Litigation is not conducted in the matter that Morris asserts. Morris is not a party in this civil action and therefore has no status or right to file materials in the record. If a non-party believes he or she may have relevant information for a pending matter, the proper course of action is to share that information privately with either the relevant parties or counsel, who can file the information in the record. Accordingly, because Morris does not have permission to file materials in this civil action, it is

ORDERED that Morris's Motion, [Dkt. No. 90], be and is DENIED.

The Clerk is directed to forward a copy of this Order to counsel of record, and to movant

Gerald Morris, proceeding pro se, at the address he has provided.

Entered this 18 day of June, 2026.

Alexandria, Virginia

_____ /s/

Leonie M. Brinkema
United States District Judge

2