IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| ANDREW FLOYD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:26-cv-1399 (LMB/IDD) |
| | ) | |
| DEPARTMENT OF JUSTICE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Before the Court is pro se movant Glenn H. Stephens III, Ph.D., J.D.'s ("Stephens" or "movant") Motion to Join and Motion for Recusal ("Motion"), which seeks to renew his request to intervene as a defendant in this civil action under Fed. R. Civ. P. 24(a), and for the Court to voluntarily recuse itself from this litigation. See generally, [Dkt. No. 89]. As to Stephens's renewed request to intervene as a defendant in this civil action, that request is DENIED for the reasons explained in the Court's June 8, 2026, Order. See [Dkt. No. 69].

As to Stephens's request for this Court's voluntary recusal, Stephens asserts that "the close temporal proximity between the media blitz" surrounding the Anti-Weaponization Fund and the Court's June 12, 2026 ruling "creates the impression that extra-judicial sources . . . influenced [the Court's] judgement [sic]." [Dkt. No. 89]. Stephens also alleges that the Court's prior work with Ret. Judge Michael Luttig, one of the 35 retired federal judges who had signed onto an amicus curiae brief in Trump v. IRS, No. 1:26-cv-20609 (S.D. Fla. 2026), asking Judge Kathleen Williams to reopen the civil action for potential fraud on the court, provides further grounds for recusal. These are plainly insufficient causes for recusal. First, Stephens acknowledges in his Motion that he is speculating as to the fact that "extra-judicial sources . . .

influenced" the Court's decision. Furthermore, his argument is undercut by the fact that the

Court's decision came after thorough, counseled briefing from both parties, and was assisted

with oral argument. Second, the fact that this Court sat on a Fourth Circuit judicial panel by

designation with Judge Luttig over twenty years ago is far-fetched and provides no basis for

recusal. Accordingly, it is hereby

ORDERED that Stephens' Motions, [Dkt. Nos. 87 & 88], be and are DENIED.

The Clerk is directed to forward a copy of this Order to counsel of record, and to movant

Glenn H. Stephens, proceeding pro se, at the address he has provided.

Entered this 18 day of June, 2026.

Alexandria, Virginia

/s/

Leonie M. Brinkema
United States District Judge