**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

---

**Andrew Floyd, et al.**,

       Plaintiffs,

v.

**Department of Justice, et al.**,

       Defendants.

---

Case No. 1:26-cv-01399-LMB

**DEFENDANTS' STATUS REPORT**

On June 12, 2026, this Court ordered Defendants "within seven days of this Order" to submit a status report confirming that they are complying with the Court's order.[1]  ECF No. 85. As stated in the Defendants' written briefs, as repeated by counsel on the record in open court, and as further confirmed by the Defendants' Notice filed on June 19, Defendants are "not going forward" with the Anti-Weaponization Fund, demonstrating compliance.  ECF No. 93.  For the avoidance of doubt, however, Defendants submit this status report to further reconfirm that they are complying with this Court's orders and "no payments have been made from the Anti-Weaponization Fund, and that no funding has been transferred to an account for the Anti-Weaponization Fund." ECF No. 85 at 2.

Dated: June 22, 2026

STANLEY E. WOODWARD, JR.
*Associate Attorney General*

*/s/ ANDREW J. BLOCK*
Andrew J. Block
*Senior Counsel to the Associate Attorney General*
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

*Counsel for Defendants*

---

[1] Because June 19 was a federal holiday "seven days" from the issuance of the Order is Monday, June 22, 2026. FED. R. CIV. P. 6(a)(1).

1

**Certificate of Service**

I hereby certify that on June 22, 2026, I filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, thereby serving all counsel who have appeared in this case.

/s/ *Andrew J. Block*
Andrew Block