IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

ANDREW FLOYD, et al.,
Plaintiffs,

    v.    Civil Action No. 1:26-cv-01399-LMB-IDD

DEPARTMENT OF JUSTICE, et al.,
Defendants.



_____

NOTICE OF CLARIFICATION REGARDING DOCKET ENTRY NO. 66

Gerald Morris, appearing Pro Se and as a non-party, respectfully submits this Notice solely for purposes of clarifying the chronology relating to Docket Entry No. 66.

In its Order entered June 18, 2026, the Court described Docket Entry No. 66 as "a copy of a claim Morris intended to submit to the Anti-Weaponization Fund."

Attached as Exhibit 1 is correspondence dated June 1, 2026. The correspondence predates the Court's June 12, 2026 Preliminary Injunction Order and expressly states that the pleading "constitute[s] a CLAIM."

Attached as Exhibit 2 are records evidencing delivery of the June 1, 2026 correspondence to the recipients identified therein.

This Notice is submitted solely to clarify that the June 1, 2026 correspondence attached as Exhibit 1 predates the Court's June 12, 2026 Preliminary Injunction Order and reflects a claim that had already been asserted and disseminated before entry of that Order.

Movant does not seek restoration of Docket Entry No. 66, reconsideration of any prior order, adjudication of the underlying claim, or any other substantive relief.


Respectfully submitted,

Gerald Morris, Pro Se
1181 Blossom Court
Oshkosh, Wisconsin 54902
920-216-4904
gmorris@firstamericanllc.com
Date: June 23, 2026

CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of June , 2026, a true and correct copy of the foregoing Notice of Clarification Regarding Docket Entry No. 66, together with Exhibit 1 (Correspondence Dated June 1, 2026) and Exhibit 2 (Delivery and Signature Confirmation Records), was served upon counsel(s) of record and the Clerk of Court.  Service was accomplished by the Federal Express Corporation, prepaid with direct signature required.

Respectfully submitted,

Gerald Morris, Pro Se
1181 Blossom Court
Oshkosh, Wisconsin 54902
920-216-4904
gmorris@firstamericanllc.com

Date:  June 23, 2026