IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| ANDREW FLOYD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:26-cv-1399 (LMB/IDD) |
| | ) | |
| DEPARTMENT OF JUSTICE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Acting pro se, Krislyn Degnan and Ramon Rodriguez have filed letters requesting

compensation from a proposed "Anti-Weaponization Fund," the creation and operation of which

was enjoined by an Order issued on June 12, 2026.  Because there is no Fund from which anyone

can be compensated and, if any such fund were to exist, compensation requests would not be sent

to the Court, it is hereby

ORDERED that these two letters be filed solely for administrative purposes and the

attachments to the letters not be filed.

The Clerk is directed to forward copies of this Order to pro se claimants Krislyn Degnan

and Ramon Rodriguez and counsel of record.

Entered this 8 day of July, 2026.

Alexandria, Virginia

_____/s/_____
Leonie M. Brinkema
United States District Judge