Ramon Rodriguez
Pro Se
3903 Sebastopol Rd.
Santa Rosa, CA 95407

June 25, 2026

**Honorable Leonie M. Brinkema**
**US. District Court for the Eastern District of Virginia**
Albert V. Bryan United States Courthouse
401 Courthouse Square
Alexandria, VA 22314

Dear Honorable Judge Brinkema

Re:  Anti-Weaponization Fund
     A Unique Case
     Critical Nationals Security Issues

Please accept my sincere respect as you review this important letter.

I regret having to present such distressing information, which is supported by documentation that may be deeply troubling.

To my knowledge, there has not been a case before you involving such severe malice and criminal conduct as in my case. I am submitting evidence of serious conspiracies that go far beyond prosecutorial misconduct and overwhelming constitutional violations. These include the alteration of a State Hall of Justice computer and three attempts on my life in two prisons and one county jail, all intended to conceal crimes committed against me by state and federal authorities.

I understand these claims may be difficult to believe. To verify my statements, I respectfully request that you order the relevant files from the Department of Justice and the FBI, which have already conducted its investigations into this matter.

I am submitting a list with this letter of the severe hardships to my family, and I have endured due to the weaponization of state and federal authorities. I previously provided extensive information regarding this case to the Department of Justice United States Attorney General Pam Bondi and to the Federal Bureau of Investigation Director Kashyap Patel over a year ago.

Honorable Brinkema, I ask with all due respect to grant discretionary power to Attorney General Todd Blanche in the Anti-Weaponization Fund to settle this case of such heinous crimes against my family and me. That has been covered up for so many years.

I will forward a copy of this letter and all supporting materials to the Department of Justice United States Attorney General Todd Blanche. I will also request that the Department of Justice provide compensation from the weaponization fund and resolve this longstanding injustice within 60 days.

If the Department of Justice does not act on my case within 60 days. I respectfully request that the court open a case, and assign counsel to represent me in your court, so I may finally receive due process after nearly 30 years of crimes and many false imprisonments committed against me.

The former FBI Deputy director publicly stated on a national podcast that he spent four hours reading the FBI report and, because he did not act on it, said, "I could go to federal person." He expressed disbelief that such serious government crimes could occur in America.

Honorable Brinkema, I have presented a unique case before you. I believe I was saved by a Divine power. I have been kept alive for a specific purpose; Furthermore, by not resolving this case expeditiously, it could deprive and jeopardize the United States Department of Defense. United States Attorney General Todd Blanche can provide further details on this subject.

Honorable Brinkema, this case did not come before you by accident. God new this before we were born. You are in a position to make sure no one is above the law or beneath its protection, and I ask respectfully, Honorable Brinkema, to act accordingly.

Thank you for taking the time to review this letter and the accompanying materials.

Honorable Brinkema, I believe in God and in justice. God bless you and the United States of America.

Sincerely,

Pro Se/Ramon Rodriguez

CC:  Honorable Todd Blanche
     United States Attorney General

CC:  Honorable Kashyap Patel
     Director, Federal Bureau of Investigations

2