Krislyn Degnan
158 Cherry Street #1B
Milford, Connecticut 06460
203-727-0317
krislyn.degnan@pm.me
DOB: 02/05/1985

June 19, 2026

The Honorable Leonie M. Brinkema
United States District Court
Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314

Dear Judge Brinkema:

Please accept this letter as claim for the Department of Justice's Anti-Weaponization. Since January 2021, I have greatly suffered as a victim of political weaponization, hostile lawfare, and mental, physical, psychological and sexual abuse at the hands of the United States government as a targeted individual by the Defense Advanced Research Projects Agency (DARPA), intelligence services, and government contractors through nonconsensual, unlawful, unethical, and inhumane human research and surveillance programs, including autonomous weapons, brain-machine interfaces, directed energy weapons, smart textiles, surveillance harassment, informant intimidation, dental implantation monitoring, and nonsurgical neurotechnology (nonconsensual implantation of electrodes between my groin and vagina) that resulted in harm to my body and brain, as well as devastating, long-lasting effects on my quality of life, draining of financial resources, destroying my reputation (doctors/family/friends/people questioning if it is mental or truly happening), intentionally using my car/clothing/appliances/furniture/ vehicles/personal belongings as weaponization, destroyed family and personal relationships, lost trust in humanity/government/people, animal cruelty (illegal experimentation on my dog), losing my entire sense of self and ongoing psychological trauma/anxiety/fear/emotional distress/PTSD/flashbacks/nightmares, homelessness and praying nightly to God to 'take me home' (referring to heaven).

The government used strategic weaponization of legal systems and processes through deploying lawfare to achieve strategic goals through agile efforts and torture tactics to harms me, break down my will and execute projects that are comparable to 'throwing sand against the wall to see what sticks' and repeating failures, rather than fixing or reevaluating to make changes. The agencies used informant intimidation to intentionally

Krislyn Degnan - Page 2                                                19 June 2026

cover up DARPA program failures, in addition to causing bodily and cognitive harm - resulting in misinformation, misleading insights, misreported data and fictitious reports that enabled the programs to continue forward, gain personal/company/project recognition, being identified as the 'leader' in the specific focus area and successfully securing additional government funding.  A 'untouchable informant' (P.O.) provided the government access to my property and possessions which were altered and used as weapons against me, induced extreme fear by screaming over me to 'shut the fuck up' when I expressed I was calling a doctor or going to the hospital (the harm/injuries/failures would never be documented) - even placing his hands around my neck in a motion to chock me (to make me quiet), manipulated/controlled/isolated me by telling me over and over that no one will ever believe you, you are a wacko, keep taking photos and writing your notes, and *no matter where you go (move another apartment) - this will continue to happen and follow you*.  While living through these tortuous years, the government was protecting and aiding the untouchable informant's (P.O.) family - covering up his twin brother's Covid-19 fraud and identity theft (using other social social numbers), granting United States citizenship to his brother's girlfriend who was an illegal immigrant (why she would never flew as knew would be deported), aiding in the fabrication of his brother resume to secure a job at the home of Leon Black in New York City, and the untouchable informant (P.O.) stated he was being significantly compensated, but it would take a few years.

I made great efforts to protect myself and seek safety by submitting complains to the Internet Crime Complaint Center (IC3), filing formal complaints with the Greenwich Police Department in Greenwich, Connecticut, reported weaponization and abuse to medical professionals/therapists/friends/family, documented the weaponization/abuse/torture in yearly/weekly planner and personal journals, abandoned my car for months (Audi storage in Fairfield, Connecticut), rented vehicle for transportation, called the United Illuminating electric company, used my iPhone to take photos/notes/texts for timestamped proof, made numerous calls the DoD Hotline, stayed with family/friends for periods of time, and moved two times (lived in three different apartments).  In the beginning of the year, I donated items from my apartment, storage unit and personal belongings (except my car) to My Sisters' Place in Ansonia, Connecticut - an organization dedicated to ending end domestic violence and human trafficking.  I currently live in an apartment in Milford, Connecticut with a hard blowup mattress as my only furniture in effort to protect myself and my dog, own less than thirty items of clothing, keep the microwaves/washer/dishwasher/bedroom switches in the electrical panel (breaker box) off until need to use - then turn back off, and leave the apartment for food, physical therapy, doctor appointments and only urgent matters (otherwise endure hits to the head while driving and people with backpacks that send intense waves to my head).  Medical professionals are aware, clearly documented what is happening and psychiatrists have prescribed anxiety and PTSD medication that is commonly given to combat veterans to suppress the trauma-related nightmares and sleep disturbance.

**December 2020** - I provided Patti Ferrick (retired New Haven FBI agent) with vital 'puzzle pieces' to identify and expose one of the most sophisticated supply chain attacks

Krislyn Degnan - Page 3                                         19 June 2026

on network software and United States systems. After receiving the devices back from Ms. Ferrick, I found newly uploaded programs to my devices which I was unaware and did not grant permission, but okay with if the government was using my systems, logs and 'puzzle pieces' to align and implement an aggressive incident response plan to identify, monitor, isolate, and eradicate cyber threats to protect the United States.

**January 2021** - While the government had access to and was monitoring the back end of my computer, the Administration decided to target, punish and weaponize me for being a supporter of Donald Trump. I was intimidated, harassed, terrorized and harmed by the government through inhuman, unethical and harmful Defense Advanced Research Projects Agency (DARPA), intelligence services, and government contractor experiments because of my political views and being an easy target - single, young female, going thought complex medical issues, on medical leave from my job, financially struggling, and living along in an apartment with family and friends that resided over an hour away.

In support of this claim, I kindly request the collection and review of a large volume of documents and evidence, including:

- Medical records (doctors, hospital, dental, psychiatric, psychotherapy, physical therapist, inpatient psychiatric unit, outpatient psychiatric program, Benson-Henry Institute for Mind Body Medicine, acupuncture, bloodwork/labwork, medical imaging, ambulance emergency transportation )
- Digital evidence (iPhone photos, iPhone notes, emails, text messages, emails, phone records, call logs)
- Handwritten journals, yearly/month planners, financial statements
- Vehicle repairs reports, vehicle storage logs, vehicle rentals
- Police Reports, IC3, DoD Hotline call records

To streamline the gathering of evidence, I am willing to provide a Release of Information form and/or any other signed consent forms needed.

DARPA programs have little to **NO planning, NO management, NO oversight, NO ethics,** and **NO guidelines** that are executed with <u>NO consideration to safety, voiced concerns or the probability the program can cause harm or kill Americans</u>. *To this day, I continue to receive* intentional, extremely hard hits to the head while sleeping and driving, which is unsafe to myself and others on the road. I am harassed by repeated, unwanted stalking of individuals with 'backpacks' that cause intense shock waves to my head and body when passing, resulting in pain and feeling distressed, threatened, and fearful for my safety and life. *Please stop this inhumane torture, weaponization and experiments on me!* I systematically collected and provided extensive forensic data and digital traces for one of the largest cyber intrusions, never told anyone to the extent of what I found, and never posted any information online - yet I am being *punished* for being an American who did good to help our country.

Krislyn Degnan - Page 4                                    19 June 2026

I write with letter with profound gratitude to President Donald J. Trump and United States Justice Department for creating a process to right these wrongs for victims of weaponization and lawfare, like myself, to be heard and seek redress.  I brace myself and have extreme fear of what and how bad the retaliation from Defense Advanced Research Projects Agency (DARPA), intelligence services and government contractors will be - possibly resulting in death, however the use of government power to target and harm individuals for unlawful political, personal, or ideological reasons should never be tolerated by any Administration.

Due to the the cyber espionage evidence provided to the FBI, years of weaponization and warfare, and and fear of retaliation, I ask that this claim and all evidence be confidential and reasonable steps are taken to protect private personal information.

**God Bless America.**

Sincerely yours,

Krislyn Degnan

Enclosures:

- Email December 02, 2022 "*DARPA Unethical & Inhumane Experiments - Reported Cyber Intrusions on Government Websites and Now Being Tortured*" (2 pages)

- Email June 19, 2022 "*Weaponization, Lawfare, Torture = DARPA Unethical & Inhumane Experiments - Reported Cyber Intrusions on Government Websites and Now Being Tortured* (6 pages)