**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

|  |  |
|---|---|
| **Andrew Floyd, et al.**,<br><br>    Plaintiffs,<br><br>v.<br><br>**Department of Justice, et al.**,<br><br>    Defendants. | Case No. 1:26-cv-01399-LMB |

## DEFENDANTS' MOTION TO DISMISS

Defendants, by and through the undersigned counsel, respectfully move this Court to dismiss this case pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). For the reasons stated in the accompanying memorandum of points and authorities, Plaintiffs cannot establish subject-matter jurisdiction and, in any event, fail to state a claim upon which relief can be granted as there is no final agency action to review as required by the Administrative Procedure Act. Pursuant to Local Rule 7(E) the parties met and conferred and could not narrow the scope of the disagreement presented in this motion.

Dated: July 17, 2026

STANLEY E. WOODWARD, JR.
*Associate Attorney General*

*/s/ Andrew J. Block*
ANDREW J. BLOCK
*Senior Counsel to the Associate Attorney General*
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2026, I filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, thereby serving all counsel who have appeared in this case.

/s/ *Andrew J. Block*
Andrew Block