**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| **Andrew Floyd, et al.**, <br><br> Plaintiffs, <br><br> v. <br><br> **Department of Justice, et al.**, <br><br> Defendants. | Case No. 1:26-cv-01399-LMB |

**NOTICE OF HEARING**

Defendants respectfully submit this notice to inform the Court that on Friday, August 14, 2026, at 10:00 a.m., or as soon thereafter as the undersigned counsel may be heard, Defendants will present to the Court their motion to dismiss.

Dated: July 17, 2026

STANLEY E. WOODWARD, JR.
*Associate Attorney General*

*/s/ Andrew J. Block*
ANDREW J. BLOCK
*Senior Counsel to the Associate Attorney General*
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2026, I filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, thereby serving all counsel who have appeared in this case.

/s/ *Andrew J. Block*
Andrew Block