

FILED
MAILROOM

JUL 2 0 2026

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

**FLOYD, et al.,**
Plaintiffs,

v. Civil Action No. 1:26-cv-01399-LMB-IDD

**UNITED STATES DEPARTMENT OF JUSTICE, et al.,**
Defendants.

---

# MOVANT GERALD MORRIS' MOTION FOR CLARIFICATION OF THE COURT'S RECORD REGARDING DOCKET ENTRIES NOS. 66 AND 97

Movant Gerald Morris, appearing **pro se**, respectfully moves this Court for clarification of its record regarding Docket Entries Nos. 66 and 97 and, in support thereof, states as follows:

---

# I. INTRODUCTION

This Motion seeks only clarification of the Court's record.

It does not seek reconsideration of any prior Order entered by this Court.

It does not seek adjudication of the merits of Movant's Anti-Weaponization Fund Claim.

It does not request that this Court direct the administration, processing, approval, denial, or disposition of any claim submitted to the Anti-Weaponization Fund.

For purposes of this Motion, the term **"Anti-Weaponization Fund Claim"** refers solely to the submission embodied in Docket Entry No. 66 and further documented by Docket Entry No. 97.

**The relief requested herein is limited to clarification of the Court's record concerning Docket Entries Nos. 66 and 97. This Motion does not request adjudication of any substantive rights arising from the Anti-Weaponization Fund Claim.**

## II. PROCEDURAL HISTORY

1. On June 1, 2026, Movant submitted an Anti-Weaponization Fund Claim.

2. That submission was entered upon the Court's docket as Docket Entry No. 66.

3. By Order entered as Docket Entry No. 77, the Court struck Docket Entry No. 66 from the docket.

4. On June 12, 2026, the Court entered its Preliminary Injunction as Docket Entry No. 85.

5. Thereafter, the Court entered Docket Entry No. 91 addressing Movant's Petition for Reconsideration and discussing Docket Entry No. 66.

6. Subsequently, Movant filed Docket Entry No. 97 together with supporting exhibits establishing the chronology of the June 1, 2026 submission of the Anti-Weaponization Fund Claim.

---

## III. EXHIBITS IN SUPPORT OF THIS MOTION

In support of this Motion, Movant submits the following exhibits:

**Exhibit A – Anti-Weaponization Fund Claim (Docket Entry No. 66).**

**Exhibit B – Docket Entry No. 97**, together with the supporting exhibits establishing the chronology of the June 1, 2026 submission of the Anti-Weaponization Fund Claim.

---

## IV. REQUEST FOR CLARIFICATION

The Court's record, as supplemented by the attached copies of Docket Entries Nos. 66 and 97, provides the factual basis for this limited request for clarification.

Accordingly, Movant respectfully requests that the Court clarify its record to reflect:

1. That Docket Entry No. 66 embodies Movant's Anti-Weaponization Fund Claim.

2. That Docket Entry No. 97 documents that the Anti-Weaponization Fund Claim, embodied in Docket Entry No. 66, was submitted prior to entry of the Court's June 12, 2026 Preliminary Injunction (Docket Entry No. 85).

This Motion seeks only clarification of the historical record presently before the Court. It is not intended to alter, amend, reconsider, or disturb any prior Order entered by this Court.

---

# V. PRAYER FOR RELIEF

**WHEREFORE,** Movant Gerald Morris respectfully requests that this Court enter an Order clarifying its record to reflect:

**A.**     That Docket Entry No. 66 embodies Movant's Anti-Weaponization Fund Claim;

**B.**     That Docket Entry No. 97 documents that the Anti-Weaponization Fund Claim, embodied in Docket Entry No. 66, was submitted prior to entry of the Court's June 12, 2026 Preliminary Injunction (Docket Entry No. 85);

and grant such other and further relief as this Court deems just and proper.

Respectfully submitted,

**Gerald Morris**
Movant, Pro Se

**Gerald Morris**

1181 Blossom Court
Oshkosh, Wisconsin 54902
920-216-4904
gmorris@firstamericanllc.com



FILED
MAILROOM

JUL 2 0 2026

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

**FLOYD, et al.,**
Plaintiffs,

v. Civil Action No. 1:26-cv-01399-LMB-IDD

**UNITED STATES DEPARTMENT OF JUSTICE, et al.,**
Defendants.

# CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of July, 2026, I caused a true and correct copy of the foregoing **Movant Gerald Morris' Motion for Clarification of the Court's Record Regarding Docket Entries Nos. 66 and 97**, together with all attached exhibits, to be served upon counsel of record in accordance with Rule 5 of the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Eastern District of Virginia by depositing the same with **Federal Express** for two day delivery, properly addressed and postage prepaid.

Respectfully submitted,

**Gerald Morris**
Movant, Pro Se

1181 Blossom Court
Oshkosh, Wisconsin 54902
920-216-4904
gmorris@firstamericanllc.com