Date: 07/22/2026                          Time: 11:05a - 11:53a

## Initial Pretrial Conference

Judge: Ivan D. Davis                      Case #: 1:26-cv-1399

Tape: FTR/301

Case: Floyd et al v. Department of Justice et al

<u>Appearance of counsel for:</u>

Plaintiff: Joel McElvain, Pooja Boisture, Jyoti Jasrasaria

Defendant: Andrew Block

<u>Discovery Plan:</u>

☐ Approved                  ☐ Approved in Part

<u>ADR/Settlement</u>

☐ Pending          ☐ Will discuss          ☐ Other

☐ Order(s) to follow

Notes: Revised joint discovery plan to follow