**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

**Andrew Floyd**, et al.,

       Plaintiffs,

v.

**Department of Justice**, et al.,

       Defendants.

**Case No. 26-cv-1399-LMB**

**REVISED JOINT PROPOSED DISCOVERY PLAN**

Pursuant to Fed. R. Civ. P. 26, Local Civil Rule 26, this Court's Order dated June 22, 2026, ECF No. 95, and the Court's order at the initial pretrial conference held before Magistrate Judge Ivan D. Davis on July 22, 2026, *see* ECF No. 108, Plaintiffs and Defendants (collectively, the "Parties"), by counsel, hereby set forth their revised joint discovery plan.

1.     **Rule 26(f) Conference:** The Parties held a Rule 26(f) conference by Zoom conference on June 30, 2026. The Parties discussed the matters set forth in Fed. R. Civ. P. 26(f) and in the Court's June 22, 2026, Order.

2.     **Initial Disclosures:** The Parties will exchange initial disclosures required by Fed. R. Civ. P. 26(a)(1) by <u>July 24, 2026</u>, seven days after Defendants' responsive pleadings are due.

3.     **Discovery:** The Court ordered the following numerical limitations on discovery.

     a.     **Interrogatories:** Limit 18 total per side.

     b.     **Requests for Production:** Limit 20 total per side.

     c.     **Requests for Admission:** Limit 20 total per side.

1

The Parties agree that any discovery to be undertaken will be commenced in time to be completed by the close of discovery in this case on November 13, 2026. Other than the specific limits set forth above, the Parties agree to comply with the limitations on discovery set forth in this Court's June 22, 2026, Order, Local Civil Rules, and the Federal Rules of Civil Procedure. The Parties agree that they will make reasonable efforts to agree on dates for any depositions convenient to the deponent, counsel, and the Parties. By proposing these general limitations and stipulations, the Parties are not agreeing that any specific discovery request is proportional to the needs of the case. Fed. R. Civ. P. 26(b).

4.      **Administrative Record:** The Parties agree that Defendants will produce any Administrative Record by August 17, 2026.

5.      **Expert Discovery:** The Parties do not expect that expert testimony will be necessary to resolve this action but reserve all rights to present expert witness testimony and will make any disclosures pursuant to the Federal Rules and Local Rules.

6.      **Amendment of Pleadings and Joinder of Parties:** The Parties may make any amendment of pleadings or joinder of parties as of right by August 7, 2026.

7.      **Electronically Stored Information**: The Parties agree that all data, files, and communications that, in the ordinary course of business, are recorded in electronic media (including electronic mail and attachments, word processing files, and spreadsheets) may be produced in native file format, in TIFF format with corresponding load files, or in PDF format. Producing ESI in native format is not necessary unless the Parties agree otherwise with respect to a particular document or class of documents, or unless production in native format is necessary to allow the requesting party to read the document as it was intended to be read (e.g., MS Excel spreadsheets). All data, files, and communications that, in the ordinary course of business, are

2

recorded in other media (microfiche, paper, etc.), shall be produced as either image files (e.g., PDF or TIFF) or as paper files. All documents will be marked with appropriate bates numbers and confidentiality designations.  In the event of a dispute regarding the completeness of a record (i.e. ESI that the requesting party submits is important), or should a requesting party seek additional information about a document, the Parties shall, within seven days of written notice of the alleged incompleteness, confer in good faith to resolve the issues identified by the requesting party.  If such disagreement cannot be resolved by agreement of the Parties, relief may be sought from the Court.

8. **Privilege Issues:**

a. **Privilege Log:** The Parties agree that the party responding to discovery shall provide a privilege log for all responsive material for which a privilege is claimed. The log will comply with Fed. R. Civ. P. 26(b)(5)(A). The Parties shall serve a privilege log pursuant to Federal Rule 26(b)(5) within seven days of the production of documents. The Parties agree that they will endeavor to conduct discovery so as to not seek privileged information.

b. **Effect of Disclosure of Privileged Material:** Any disclosure of privileged, work product protected, or other protected information as part of a production is not a waiver in the pending case or in any other federal, state, or administrative proceeding, mediation, or arbitration. This agreement of the Parties and by Order of the Court establishes the Parties' intention to retain the confidentiality of all privileged materials pursuant to Federal Rule of Evidence 502, regardless of the circumstances of disclosure, and otherwise afford the maximum protection allowed by Federal Rule of Evidence 502(d) and (e) and analogous law and rules of any other state or court. If such documents are

3

identified, the receiving party will cease review of the inadvertent production, promptly return such documents to the disclosing party and destroy all copies of the material, and provide the disclosing party with timely written notice that such material has been destroyed. If a dispute arises concerning a claim of privilege for any material, the material shall not be used for any purpose until the dispute is resolved by the Court.

9.      **Preservation and Retention of Documents:** Counsel for the Parties have instructed their clients to retain and preserve documents, information, and things (including electronically stored information) that may be relevant to the subject matter of this lawsuit.

10.     **Service of Pleadings, Motions, Other Papers, and Discovery Requests and Responses:** All pleadings, motions, and other papers that are filed are to be served electronically as provided by the Federal Rules and Local Rules. In addition, the Parties agree that they will serve —if ultimately authorized—by email or electronic means all discovery requests and written responses and any other papers that are not filed unless doing so is not technically feasible, in which case those documents will be served via first-class mail or overnight delivery.

11.     **Magistrate Judge:** The Parties do not consent to trial before a magistrate judge at this time.

12.     **Settlement:** Counsel will continue to discuss settlement as discovery progresses and will contact the Magistrate Judge if they believe mediation would be fruitful.

13.     **Modification of Plan:** Each party reserves the right to seek modification of this plan for good cause shown and consistent with the Federal Rules and Local Rules.

Dated: July 24, 2026

Respectfully submitted,

/s/ Joel McElvain
Joel McElvain (Va. Bar No. 95215)
Pooja A. Boisture*
Jyoti Jasrasaria*
Aman George*
Ayesha Khan*
Robin F. Thurston*
Skye L. Perryman*
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
jmcelvain@democracyforward.org
pboisture@democracyforward.org
jjasrasaria@democracyforward.org
ageorge@democracyforward.org
akhan@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

 Counsel for Plaintiffs

*admitted pro hac vice

STANLEY E. WOODWARD, JR.
Associate Attorney General

/s/ Andrew J. Block
Andrew J. Block (VSB No. 91537)
Senior Counsel
Office of the Associate Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

Counsel for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of July, 2026, I will cause the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, thereby serving all counsel who have appeared in this case.

*/s/ Joel McElvain*
Joel McElvain (Va. Bar No. 95215)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
jmcelvain@democracyforward.org

*Counsel for Plaintiffs*