Ramon Rodriguez
Pro Se
3903 Sebastopol Rd.
Santa Rosa, CA 95407

July 11, 2026

**The Honorable Leonie M. Brinkema**
**US. District Court for the Eastern District of Virginia**
Albert V. Bryan United States Courthouse
401 Courthouse Square
Alexandria, VA 22314

Dear Honorable Judge Brinkema

Re: Anti-Weaponization Fund
Concealment of Federal Courts Case
A Unique Case
Critical Nationals Security Issues

Please accept my most sincere respect, and may the court order counsel to assist my attorney from California with the proper procedures to finally put an end to this appalling case.

Pursuant to Federal Rule of Civil Procedure 5.2(d), 18 U.S.C. § 3509(d), and the inherent authority of this court to protect sensitive information and the interests of justice.

I respectfully request that the court take action to resolve and seal the following horrific case that has destroyed my life, my family's lives, and damaged our judiciary system with constitutional violations of the gravest magnitude in American history.

Furthermore, I request a hearing in your court, Honorable Brinkema, and to agree to the statements above in person, with conditions to be reviewed with counsel. I have contacted some lawyers in California to represent me because my previous attorney, Donald Ungar, retired almost 20 years ago.

I ask the court, Honorable Brinkema, to assign legal counsel and to work with my attorney in California, an attorney from Oakland, or San Francisco California. And finally, resolve and close this case indefinitely.

I will explain some important details about how this case has been used and will continue to be used if your court, the Honorable Brinkema, does not act to seal it. In the Federal INS Court, more than a thousand fraudulent court documents produced by Federal and State officers remain publicly accessible and subject to reopening.

I will mention in some situations why I believe, and can demonstrate strongly, that this case needs to be sealed in Federal District Court and in Federal INS Court.

**History with the Department of Justice weaponization and manipulations:**

1. **United States Federal Attorney General Alberto Gonzales:**
   I believe it was in May of 2007, but I'm not sure; attorney Teresa Fritz's law firm at 707-578-8212 can verify the exact date.  When Attorney Teresa Fritz had to attend her father's funeral in New York, to take advantage of her trip to New York.  We decided to go to Washington, D.C., to provide Senator Schumer with documents related to then-US Attorney General Alberta Gonzales.

   Attorney Fritz faxed legal documents indicating that Attorney General Alberto Gonzales was involved in an unethical manner in my superior court case in Santa Rosa, California.

   It seems that Attorney General Gonzales' involvement in my case in Santa Rosa, California, ultimately forced him to resign. I have included an internet print of his resignation; furthermore, if you look at the dates, Aug. 27, 2007, and Sept. 17, 2007, those were the incorrect dates shown in my fraudulent court transcripts.

   I believe that these inaccurate dates were deliberately chosen by those responsible for the misconduct in my case, reflecting a pattern of malicious manipulation.

2. **United States Federal Attorney General Rod Rosenstein:** It was during Attorney General Rod Rosenstein's tenure that my case was "**USED**," and it cost the American people close to forty million dollars.  It benefited one of the political parties a great deal, and it changed the course of the United States America's history.

   Honorable Brinkman, I provided the material and information to the attorneys, and the Federal Government who then acted on my case for political gain, receiving significant benefits as a result. This sequence of events demonstrates the substantial impact of the case and highlights the urgent need for judicial intervention, based on the facts and evidence presented.  **A more detailed report is at the Department of Justice and Federal Bureau of Investigations.**

3. **United States Federal Attorney Todd Blanch:** May or may not be aware of this case; however, if the Honorable Todd Blanch does not act on these serious violations described in the "A Unique Case;" **This case will be used again, in the Mid-Term Elections November of 2026 year,** and it's going to cost the American people two to three times more than the last time it was used during Attorney General Rod Rosenstein.  And it will affect the mid-term elections outcome, by this corruption case.

   I had made and provided a copy of the Unique Case to the Honorable Pam Bondi.  But I am not and would not be aware if the Honorable Bondi addressed the seriousness of the case and information to US Attorney General Todd Blanche.

The use and manipulation of my case records by political powerful individuals not only jeopardize my safety and reputation but also undermine public trust in the judicial process. Sealing these records would help prevent further misuse and protect both my rights and the court's integrity.

2

**United States of America National Security Issues:**

I have included a letter I sent to James Litinsky, CEO of MP Materials. I described two deposits of rare earth minerals for which I hold the rights to these two concessions and am seeking assistance in supplying them to MP Materials. America is in great need of these rare earth minerals, **which are critical to our economic infrastructure, and this is a national security issue for the Department of Defense.**

I stated in the letter to CEO James Litinsky that I would do everything possible to assist MP Materials in supplying them with REE minerals. I provided much information on the following:

1. **Logistics** of how to transport the Rare Earth minerals to MP Materials located at Mountain Pass, in California.
2. **Analysis** of chemical tests from ASL Vancouver, British Columbia, Canada.
3. **Geologist's report** of a certain deposit containing certain minerals
4. **I provided the** name of the American law firm in Mexico City that would be handling all legal transactions.

These are just some important issues that were addressed to MP Materials. There is obviously much more work to be ironed out before any shipments of REE minerals is shipped to MP Materials. Nevertheless, I would use two-thirds of the compensation I would receive from the anti-weaponization fund to provide and assist MP Materials with REE minerals.

I love America, and my family is in America, including my mom and dad's resting place, which I hope to visit someday. May our heavenly Father touch your soul and heart to execute a court order to finally put these awful things away and restore integrity into our judiciary establishment. It would be what our founding fathers would want. And, may I have a normal life again and human dignity.

A Christian brother has mentioned to me many times that my story is like that of Job and Joseph in the Bible.

Honorable Brinkema, thank you for your time in reviewing this case. God bless you, and God bless the United States of America.

Sincerely,

Ramon Rodriguez
Pro Se

CC:  The Honorable Todd Blanche
      United States Attorney General

3