FILED:  July 30, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-2005
(1:26-cv-01399-LMB-IDD)

_____

ANDREW FLOYD; JONATHAN CARAVELLO; CITY OF NEW HAVEN;
NATIONAL ABORTION FEDERATION; COMMON CAUSE

      Plaintiffs - Appellees

v.

GLEANNE J. JOHNSON

      Appellant

and

DEPARTMENT OF JUSTICE; TODD BLANCHE, In his official capacity as
Acting Attorney General; STANLEY E. WOODWARD, JR., In his official
capacity as Associate Attorney General; DEPARTMENT OF THE TREASURY;
SCOTT BESSENT, In his official capacity as Secretary of the Treasury; ANTI-
WEAPONIZATION FUND

      Defendants

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:26-cv-01399-LMB-IDD |
| Date notice of appeal filed in originating court: | 07/21/2026 |
| Appellant(s) | Gleanne J. Johnson |
| Appellate Case Number | 26-2005 |
| Case Manager | S. Batchleor 804-916-2702 |