**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

|  |  |
|---|---|
| **Andrew Floyd**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **Department of Justice**, et al., <br><br> Defendants. | **Case No. 26-cv-1399-LMB** |

**LOCAL CIVIL RULE 5(B) NOTICE OF FILING EXHIBIT 1 UNDER SEAL**

PLEASE TAKE NOTICE that Plaintiffs have filed under seal Exhibit 1 attached to their memorandum opposing Defendants' motion to dismiss. Exhibit 1 is the transcript of this Court's June 12, 2026, hearing of Plaintiffs' motion for a temporary restraining order or, in the alternative, a preliminary injunction with expedited briefing, filed at Dkt. No. 86.  This Court requires that "access to [a] transcript in CM/ECF is restricted to court staff, public terminal users, attorneys of record or parties who have purchased the transcript from the court reporter/transcriber, and other persons as directed by the court" for "a period of 90 days . . . after it is delivered to the clerk." *See* Transcript Policy, *available at* https://www.uscourts.gov/court-programs/federal-court-reporting-program#rates.  This 90-day period expires on September 10, 2026.[1]  *See* Dkt. No. 86.

---

[1] Although the Transcript Policy states that the transcript will be available for the parties' use via CM/ECF during the 90-day period, undersigned counsel is not able to access the transcript through the docket.  Accordingly, Plaintiffs have filed the transcript under seal with the Court in an abundance of caution.

Accordingly, to maintain the confidentiality required by the Court, Plaintiffs have filed the transcript under seal.

Dated: July 31, 2026

Respectfully submitted,

*/s/ Joel McElvain*
Joel McElvain (Va. Bar No. 95215)
Pooja A. Boisture*
Jyoti Jasrasaria*
Aman George*
Ayesha Khan*
Robin F. Thurston*
Skye L. Perryman*
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
jmcelvain@democracyforward.org
pboisture@democracyforward.org
jjasrasaria@democracyforward.org
ageorge@democracyforward.org
akhan@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

 *Counsel for Plaintiffs*

*admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of July, 2026, I will cause the foregoing notice to be electronically filed with the Clerk of Court using the CM/ECF system, thereby serving all counsel who have appeared in this case.

*/s/ Joel McElvain*
Joel McElvain (Va. Bar No. 95215)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
jmcelvain@democracyforward.org

*Counsel for Plaintiffs*