# Exhibit E



# Office of the Attorney General
## Washington, D. C. 20530

August 2, 2026

A.  The Attorney General's May 18, 2026 Order establishing the Anti-Weaponization Fund ("Fund") is rescinded and shall have no force or effect.

B.  For the avoidance of doubt, nothing in this Order is intended to contradict or otherwise be contrary to prior representations by the Department of Justice that the Fund is not operative. No Members were appointed; no funds were transferred; no process for receiving claims was established; no claims were paid. Nevertheless, several frivolous lawsuits have been filed challenging the Fund, and at least one court has declined to dismiss those claims as moot. This Order establishes, beyond any doubt, that there is no Fund. *See Floyd v. Dep't of Justice*, 1:26-cv-1399-LMB (E.D. Va.); *Dunn v. Trump*, 1:26-cv-1719-RJL (D.D.C.); *Citizens for Resp. and Ethics in Wash. v. Dep't of Justice*, 1:26-cv-1789-RJL (D.D.C.); *Gordon v. Blanche*, 1:26-cv-1907-RJL (D.D.C.); *Gill v. Dep't of Justice*, 3:26-cv-3283-CAB (S.D. Cal.).

Todd Blanche
Acting Attorney General



# Office of the Attorney General
## Washington, D. C. 20530

### Department of Justice Rescinds Anti-Weaponization Order and Addresses the May 19 Release

The Department of Justice today announced that the Acting Attorney General rescinded the May 18, 2026 Order that established "The Anti-Weaponization Fund." Although the Acting Attorney General has repeatedly advised Congress through testimony, including under oath, as well as in written responses, that the Fund is not moving forward, and the Department has repeatedly represented to district courts that the Fund is not moving forward, today's Order officially rescinds the May 18, 2026 Order.

Further, the May 19, 2026 Order regarding a mutual release of claims applies by its terms only retroactively. Additionally, the terms "Lawfare and/or Weaponization" in that Order were already defined in the Settlement Agreement as the use of government power "to target individuals, groups, and entities for improper and unlawful political, personal, and/or ideological reasons."

The Acting Attorney General stands by all of his July 15, 2026 Senate Judiciary Committee testimony, including answers to questions asked by Senator Cornyn related to the scope and applicability of the May 19, 2026 Order. A transcript of the Acting Attorney General's testimony is attached. He incorporates that testimony by reference, and restates that it is DOJ's interpretation that the Order only has any effect, including on any release of claims, on the named parties in the lawsuit referenced in the Order.