IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ANDREW FLOYD, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )    1:26-cv-1399 (LMB/IDD) |
| | ) |
| DEPARTMENT OF JUSTICE, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## ORDER

On July 17, 2026, defendants filed a Motion to Dismiss [Dkt. No. 104].  On August 6, 2026, plaintiffs filed a First Amended Complaint as a matter of right pursuant to Fed. R. Civ. P. 15(a)(1). [Dkt. No. 123]. Accordingly, it is hereby

ORDERED that defendants ADVISE the Court by close of business on Friday, August 7, 2026 whether they plan to proceed with their original Motion to Dismiss or whether they prefer to file an amended motion or other responsive pleading.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 6 day of August, 2026.

Alexandria, Virginia

_____ /s/
Leonic M. Brinkema
United States District Judge