**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

|  |  |
|---|---|
| **Andrew Floyd, et al.**, <br><br> Plaintiffs, <br><br> v. <br><br> **Department of Justice, et al.**, <br><br> Defendants. | Case No. 1:26-cv-01399-LMB |

### NOTICE

Defendants respectfully file this notice pursuant to the Court's August 6, 2026, Order stating, "ORDERED that defendants ADVISE the Court by close of business on Friday, August 7, 2026 whether they plan to proceed with their original Motion to Dismiss or whether they prefer to file an amended motion or other responsive pleading." Dkt. 128.

Defendants hereby advise the Court that they do not intend to proceed with the original Motion to Dismiss and will file an amended motion. Absent an Order from this Court, the government's motion will be filed within the time set by Fed. R. Civ. P. 15(a)(3).

Dated: August 7, 2026

STANLEY E. WOODWARD, JR.
*Associate Attorney General*

*/s/ Andrew J. Block*
ANDREW J. BLOCK
*Senior Counsel to the Associate Attorney General*
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2026, I filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, thereby serving all counsel who have appeared in this case.

/s/ *Andrew J. Block*
Andrew Block