**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| Andrew Floyd et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 1:26-cv-1399-LMB |
| v. | ) | |
| | ) | |
| Department of Justice, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MOTION TO VACATE INITIAL SCHEDULING ORDER AND STAY DISCOVERY**

Defendants, through their undersigned counsel, hereby respectfully move this Court to vacate the initial scheduling order (Dkt. 95) that it issued in the above-captioned action on June 22, 2026, or otherwise stay discovery. The grounds for this motion are set forth in an accompanying memorandum of points and authorities. Pursuant to the Rule 16(b) Scheduling Order 10.g, Dkt. 114, this is noticed as a one-week motion.

In accordance with Local Rule 7(E), undersigned Counsel conferred with opposing counsel regarding Defendants' intent to stay discovery and was advised that Plaintiffs oppose the motion.

Dated: August 7, 2026

Respectfully Submitted,

*/s/ Andrew J. Block*

ANDREW J. BLOCK
Senior Counsel to the Associate Attorney General
950 Pennsylvania Ave. NW
Washington D.C. 20530
Andrew.Block@usdoj.gov
(202) 372-7565

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2026, I filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, thereby serving all counsel who have appeared in this case.

/s/ *Andrew J. Block*
Andrew Block