**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| Andrew Floyd et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 1:26-cv-1399-LMB |
| v. | ) | |
| | ) | |
| Department of Justice, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**[PROPOSED] ORDER**

On August 7, 2026, Defendants filed a Motion to Vacate Initial Scheduling Order and Stay Discovery [Dkt No. 132]. Good cause for the relief requested having been shown, it is hereby

ORDERED that the Scheduling Order [Dkt. 95] is VACATED and all existing discovery deadlines are hereby STAYED pending resolution of Defendants' forthcoming motions to dismiss the First Amended Complaint [Dkt. 123];

It is further ORDERED that the Defendants' deadline to produce the Administrative Record is STAYED until 30 days following the resolution of Defendants' forthcoming motion to dismiss.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this ___ day of August, 2026.

Alexandria, Virginia

____________________________
Leonie M. Brinkema
United States District Judge