**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| Andrew Floyd et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 1:26-cv-1399-LMB |
| v. | ) | |
| | ) | |
| Department of Justice, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF HEARING REGARDING DEFENDANTS' MOTION TO VACATE
INITIAL SCHEDULING ORDER AND STAY DISCOVERY**

Defendants respectfully submit this notice to inform the Court that on Friday, August 14, 2026, at 10:00 a.m., or as soon thereafter as the undersigned counsel may be heard, Defendants will present to the Court their motion to vacate initial scheduling order and stay discovery.

Dated: August 7, 2026

Respectfully Submitted,

   */s/    Andrew J. Block*
ANDREW J. BLOCK
Senior Counsel to the Associate Attorney General
950 Pennsylvania Ave. NW
Washington D.C. 20530
Andrew.Block@usdoj.gov
(202) 372-7565

*Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 7, 2026, I filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, thereby serving all counsel who have appeared in this case.

/s/ *Andrew J. Block*
Andrew Block