IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| ANDREW FLOYD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:26-cv-1399 (LMB/IDD) |
| | ) | |
| DEPARTMENT OF JUSTICE, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On August 7, 2026, defendants filed a Notice advising the Court that "they do not intend to proceed with the original Motion to Dismiss and will file an amended motion." [Dkt. No. 131]. Based on this representation, defendants' pending Motion to Dismiss, [Dkt. No. 104], is DENIED as MOOT; and it is hereby

ORDERED that defendants file their amended motion or other responsive pleading no later than close of business on Friday, August 21, 2026; and it is further

ORDERED that plaintiffs file their response in opposition no later than close of business on Friday, September 4, 2026; and it is further

ORDERED that defendants file their reply no later than close of business on Friday, September 11, 2026; and it is further

ORDERED that the hearing currently scheduled for August 14, 2026, at 10:00 am be and is CONTINUED to Friday, September 18, 2026, at 10:00 am.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 7 day of August, 2026.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge