IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| ANDREW FLOYD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:26-cv-1399 (LMB/IDD) |
| | ) | |
| DEPARTMENT OF JUSTICE, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On August 7, 2026, defendants filed a Motion to Vacate Initial Scheduling Order and Stay Discovery ("Motion"), which asks the Court to vacate the Initial Scheduling Order issued on June 22, 2026, or otherwise stay discovery, in light of plaintiffs' filing a First Amended Complaint and defendants' intention to file an amended motion to dismiss. [Dkt. No. 132]. On August 11, 2026, plaintiffs filed their Opposition to Defendants' Motion ("Opposition"). [Dkt. No. 136].

Upon review, the Court finds that plaintiffs' Opposition establishes good cause for denying defendants' Motion. As plaintiffs correctly assert, this Court seldom allows discovery to be stayed while a motion to dismiss is pending. Id. at 1. In fact, discovery in this civil action continued while defendants' initial motion to dismiss was pending. Id. The First Amended Complaint does not jettison plaintiffs' claims concerning the Anti-Weaponization Fund. As such, ongoing discovery addressing that aspect of the litigation is appropriate. Accordingly, defendants' Motion, [Dkt. No. 132], is DENIED; and it is hereby

ORDERED that the hearing on defendants' Motion, currently noticed for August 14, 2026, at 10:00 am, be and is CANCELLED.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 12th day of August, 2026.

Alexandria, Virginia

/s/

Leonie M. Brinkema
United States District Judge

2