IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| ANDREW FLOYD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:26-cv-1399 (LMB/IDD) |
| | ) | |
| DEPARTMENT OF JUSTICE, et al. | ) | |
| | ) | |
| Defendants. | ) | |

<u>ORDER</u>

Before the Court is the parties' Joint Motion for Permission to Exceed Page Limits ("Joint Motion"), which asks the Court for an enlargement of the briefing page limits for defendants' opening brief, plaintiffs' opposition, and defendants' reply of defendants' forthcoming motion to dismiss. [Dkt. No. 141]. Upon review, the Court does not find sufficient good cause to support the Joint Motion. The arguments involved in this dispute are not exceedingly complicated, and the Court finds that the page limits set forth in Local Rule 7(F)(3) are more than sufficient to enable the parties to articulate their arguments. Accordingly, it is hereby

ORDERED that the Joint Motion, [Dkt. No. 141], be and is DENIED.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 18th day of August, 2026.

Alexandria, Virginia

/s/ LMB
Leonie M. Brinkema
United States District Judge