**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **Andrew Floyd**, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>**Department of Justice**, et al.,<br><br>Defendants. | **Case No. 26-cv-1399-LMB** |

**PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF INITIAL DISCLOSURES AND DISCOVERY RESPONSES**

Pursuant to Federal Rules of Civil Procedure 7 and 37, and Local Rules 7 and 37, Plaintiffs hereby move to compel Defendants to comply with their discovery obligations and produce initial disclosures and adequate responses to Plaintiffs First Requests for Production of Documents dated July 7, 2026 ("RFPs") and Plaintiffs' First Set of Interrogatories dated July 7, 2026 ("Interrogatories"). The grounds for this motion are set forth in the accompanying memorandum.

Pursuant to Local Civil Rules 7(E) and 37(E) and this Court's Order (Dkt. No. 114, ¶ 10(b)), Plaintiffs' counsel certifies that the Parties have met and conferred via both email and videoconference, including a 1.25-hour videoconference on July 29, a 1-hour videoconference on August 17, and a short follow-up videoconference on August 20, to attempt to resolve the discovery disputes addressed in this Motion without the need for Court intervention. Despite Plaintiffs' good-faith efforts to resolve and narrow these disputes, the Parties remain at an impasse, necessitating this Motion.

August 21, 2026

Paras N. Shah*
General Counsel
NATIONAL TREASURY EMPLOYEES UNION
800 K Street N.W., Suite 1000
Washington, D.C. 20001
(202) 572-5500
paras.shah@nteu.org

*Counsel for NTEU*

Respectfully submitted,

/s/ *Catherine M.A. Carroll*
Catherine M.A. Carroll (Va. Bar No. 50939)
Joel McElvain (Va. Bar No. 95215)
Pooja A. Boisture*
Jyoti Jasrasaria*
Aman George*
Lisa Newman* ^
Cynthia Liao*
Ayesha Khan*
Robin F. Thurston*
Skye L. Perryman*
ccarroll@democracyforward.org
jmcelvain@democracyforward.org
pboisture@democracyforward.org
jjasrasaria@democracyforward.org
ageorge@democracyforward.org
lnewman@democracyforward.org
cliao@democracyforward.org
akhan@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090

*Counsel for Plaintiffs*

* Admitted *pro hac vice*

^ Not admitted to practice law in the District of Columbia; practicing under the supervision of Democracy Forward lawyers who are members of the District of Columbia Bar.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of August, 2026, I will cause the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, thereby serving all counsel who have appeared in this case.

*/s/ Catherine M.A. Carroll*
Catherine M.A. Carroll (Va. Bar No. 50939)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
ccarroll@democracyforward.org

*Counsel for Plaintiffs*