**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

**Andrew Floyd**, et al.,

Plaintiffs,

v.

**Department of Justice**, et al.,

Defendants.

**Case No. 26-cv-1399-LMB**

## NOTICE OF HEARING

PLEASE TAKE NOTICE that, on Friday, August 28, 2026, at 10:00 a.m., or as soon thereafter as undersigned counsel may be heard, Plaintiffs will bring on for hearing their motion to compel Defendants to comply with their discovery obligations and produce initial disclosures and adequate responses to Plaintiffs First Requests for Production of Documents dated July 7, 2026 ("RFPs") and Plaintiffs' First Set of Interrogatories dated July 7, 2026 ("Interrogatories") pursuant to Federal Rules of Civil Procedure 7 and 37. Pursuant to the Court's Rule 16(b) Scheduling Order (Dkt. No. 114, ¶ 10(g)), this is noticed as a one-week motion.

August 21, 2026

Paras N. Shah*
General Counsel
NATIONAL TREASURY EMPLOYEES UNION
800 K Street N.W., Suite 1000
Washington, D.C. 20001
(202) 572-5500
paras.shah@nteu.org

*Counsel for NTEU*

Respectfully submitted,

*<u>/s/ Catherine M.A. Carroll</u>*
Catherine M.A. Carroll (Va. Bar No. 50939)
Joel McElvain (Va. Bar No. 95215)
Pooja A. Boisture*
Jyoti Jasrasaria*
Aman George*
Lisa Newman* ^
Cynthia Liao*
Ayesha Khan*
Robin F. Thurston*
Skye L. Perryman*
ccarroll@democracyforward.org
jmcelvain@democracyforward.org
pboisture@democracyforward.org
jjasrasaria@democracyforward.org
ageorge@democracyforward.org
lnewman@democracyforward.org
cliao@democracyforward.org
akhan@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090

*Counsel for Plaintiffs*

* Admitted *pro hac vice*

^ Not admitted to practice law in the District of Columbia; practicing under the supervision of Democracy Forward lawyers who are members of the District of Columbia Bar.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of August, 2026, I will cause the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, thereby serving all counsel who have appeared in this case.

*/s/ Catherine M.A. Carroll*
Catherine M.A. Carroll (Va. Bar No. 50939)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
ccarroll@democracyforward.org

*Counsel for Plaintiffs*