**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
ALEXANDRIA DIVISION

**Andrew Floyd, et al.**,

Plaintiffs,

v.

**Department of Justice, et al.**,

Defendants.

Case No. 1:26-cv-01399-LMB

**DEFENDANTS' AMENDED MOTION TO DISMISS**

Pursuant to this Court's Order dated August 7, 2026, Dkt. 135, Defendants, by and through the undersigned counsel, respectfully move this Court to dismiss this case pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). For the reasons stated in the accompanying memorandum of points and authorities, Plaintiffs cannot establish subject-matter jurisdiction and, in any event, fail to state a claim upon which relief can be granted.

Dated: August 21, 2026

STANLEY E. WOODWARD, JR.
*Associate Attorney General*

*/s/ Andrew J. Block*
ANDREW J. BLOCK
*Senior Counsel to the Associate Attorney General*
HENRIQUE CARNEIRO
*Counsel to the Associate Attorney General*
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2026, I filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, thereby serving all counsel who have appeared in this case.

/s/ *Andrew J. Block*
Andrew Block