IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| ANDREW FLOYD, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:26-cv-01399 LMB/IDD |
| | ) | |
| DEPARTMENT OF JUSTICE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

FOR REASONS stated from the bench and in accord with specific rulings and instructions thereto, it is hereby

ORDERED that Plaintiffs' Motion to Compel Production of Initial Disclosures and Discovery Responses ("Motion") [Dkt. No. 143] is **CONTINUED** until September 4, 2026 at 10:00 AM in Alexandria Courtroom 301 before the undersigned United States Magistrate Judge. It is further

ORDERED that, pursuant to the local rules of this Court, the parties shall meet and confer in good faith either in-person or telephonically on or before Wednesday, September 2, 2026, to discuss resolution of any outstanding issues concerning the Motion. It is further

ORDERED that the parties shall file with the Court, no later than Thursday, September 3, 2026, a joint notice informing the Court of whether their good faith meet and confer has resolved all issues concerning the pending Motion. If it has, the September 4th hearing will be terminated. If it has not, the joint notice will inform the Court of which issues have been resolved and which issues remain. For any remaining issues, each party must provide their stance on those issues for the Court to resolve. The parties must then state whether the parties still wish to have further oral argument regarding the Motion. If the parties believe that further oral argument

on this Motion is not needed, the parties must state as such in the joint notice, and the September 4th hearing will be terminated. The Court further reminds the parties that pursuant to the local rules the Court may DENY any motion SOLELY on the basis that it concludes that the parties have not met and conferred in good faith. It is further

ORDERED that the Defendants shall provide Federal Rule of Civil Procedure 26(a)(1) initial disclosures for all claims that are not based on review of the administrative record no later than Friday, September 4, 2026.

ENTERED this 28th day of August 2026.

/s/

Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia