Date: 9/04/2026

Judge: Ivan D. Davis
Reporter: FTR

Start: 10:02 a.m.
Finish: 11:00 a.m.

Civil Action Number: 1:26-cv-1399

Andrew Floyd, et al

vs.

Department of Justice, et al

Appearance of Counsel for the Plaintiff and Defendant.

Motions argued and:

[143] Motion to Compel – granted in part and denied in part.

Order to follow.