IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ANDREW FLOYD, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF JUSTICE, *et al.*,<br><br>Defendants. | Civil Action No. 1:26-cv-01399-(LMB/IDD) |

**ORDER**

FOR REASONS stated from the bench and in accord with specific rulings and instructions thereto, it is hereby

ORDERED that Plaintiffs' Motion to Compel Production of Initial Disclosures and Discovery is **GRANTED in part AND DENIED in part**.

ENTERED this 4th day of September 2026.

/s/
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia