# Exhibit

# 1

# FILED UNDER SEAL

# LOCAL CIV. R. 5(B)[1]

[1] This transcript is filed under seal pursuant to Local Civ. R. 5(B) because this filing is within the 90-day period in which this Court restricts access. *See* Transcript Policy, https://www.uscourts.gov/court-programs/federal-court-reporting-program#rates.