IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| ANDREW FLOYD, et al., | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:26-cv-1399 (LMB/IDD) |
| | ) | |
| DEPARTMENT OF JUSTICE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Plaintiffs' Notice of Filing of Exhibit 1 Under Seal was appropriate given Local Civil Rule 5(B); however, to ensure a fully transparent record and because only two days remain before disclosure is permitted, it is hereby

ORDERED that Exhibit 1 [Dkt. No. 160] to plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction [Dkt. No. 159] be and is UNSEALED.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 8th day of September, 2026.

Alexandria, Virginia

/s/ LMB
**Leonie M. Brinkema**
**United States District Judge**