**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

ANDREW FLOYD, *et al.*,

Plaintiffs,

v.

U.S. DEPARTMENT OF JUSTICE, *et al.*,

Defendants.

Case No. 26-cv-1399-LMB

**[PROPOSED] ORDER**

It is hereby ORDERED that the motion of Citizens for Ethics and Responsibility in Washington for leave to file a brief as amicus curiae in support of Plaintiffs' Opposition to Defendants' Amended Motion to Dismiss, which Defendants filed with this Court on August 21, 2026, is GRANTED.

**IT IS SO ORDERED.**

______________________________
Hon. Leonie M. Brinkema
United States District Court Judge

Dated: ____________________, 2026