IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| ANDREW FLOYD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:26-cv-1399 (LMB/IDD) |
| | ) | |
| DEPARTMENT OF JUSTICE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

AMENDED ORDER[1]

There being no objection from the parties to the Unopposed Motion of Lawyers Defending American Democracy for Leave to File an Amicus Curiae Brief in Support of Plaintiff National Treasury Employees Union ("Motion") establishing good cause for the relief requested, the Motion [Dkt. No. 166] is GRANTED, and it is hereby

ORDERED that the Amicus Curiae Brief [Dkt. No. 166-1] be and is FILED in this civil action.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 10th day of September, 2026.

Alexandria, Virginia

/s/ LMB
Leonie M. Brinkema
United States District Judge

[1] The only change is to the docket numbers of the Motion and Brief.