**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
ALEXANDRIA DIVISION

| | |
|---|---|
| **Andrew Floyd, et al.**,<br><br>Plaintiffs,<br><br>v.<br><br>**Department of Justice, et al.**,<br><br>Defendants. | Case No. 1:26-cv-01399-LMB |

**NOTICE OF OBJECTIONS TO MAGISTRATE JUDGE'S ORDER ON A NONDISPOSITIVE MATTER**

Pursuant to Federal Rule of Civil Procedure 72(a) and Local Civil Rule 72, counsel for Defendants respectfully submits this notice of objection to the Magistrate Judge's order on a nondispositive matter. As more fully explained in the accompanying memorandum of points and authorities, Defendants object to the following orders of Magistrate Judge's GRANTING the Motion to Compel (Dkt. 143) and respectfully request that the District Court reverse the Order (Dkt. 158) and DENY the Motion.

Dated: September 11, 2026

*/s/ Andrew J. Block*
ANDREW J. BLOCK
*Senior Counsel to the Associate Attorney General*
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2026, I filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, thereby serving all counsel who have appeared in this case.

/s/ *Andrew J. Block*
Andrew Block