**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| Andrew Floyd et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 1:26-cv-1399-LMB |
| v. | ) | |
| | ) | |
| Department of Justice, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF HEARING REGARDING DEFENDANTS' NOTICE OF OBJECTIONS TO THE MAGISTRATE JUDGE'S ORDER ON A NONDISPOSITIVE MATTER**

Defendants respectfully submit this notice to inform the Court that on Friday, September 18, 2026, at 10:00 a.m., or as soon thereafter as the undersigned counsel may be heard, Defendants will present to the Court their Notice of Objections to the Magistrate Judge's Order on a Nondispositive Matter.

Dated: September 11, 2026

Respectfully Submitted,

*/s/ Andrew J. Block*
ANDREW J. BLOCK
Senior Counsel to the Associate Attorney General
950 Pennsylvania Ave. NW
Washington D.C. 20530
Andrew.Block@usdoj.gov
(202) 372-7565

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2026, I filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, thereby serving all counsel who have appeared in this case.

/s/ *Andrew J. Block*
Andrew Block