## *** CIVIL MOTION MINUTES ***

Date: 9/18/2026

Before the Honorable: **LEONIE M. BRINKEMA**

Time: 10:10 – 10:55 (00:45)

Case No.: **1:26-cv-01399-LMB-IDD**

Official Court Reporter: Stephanie Austin

Courtroom Deputy: Kate Galluzzo

---

# FLOYD ET AL

v.

# DEPARTMENT OF JUSTICE ET AL

---

Appearances of Counsel for:

[ X ] Plaintiff: Catherine Caroll, Pooja Boisture, Lisa Newman, Jyoti Jasrasaria, Cynthia Liao
[ X ] Defendant: Andrew Block

**Re:** [ 146 ] Amended MOTION to Dismiss *for Lack of Subject Matter Jurisdiction and Failure to State a Claim* – **TAKEN UNDER ADVISEMENT**
[ 168 ] MOTION for Reconsideration (Rule 72) re 158 Order on Motion to Compel – **GRANTED IN PART AND DENIED IN PART**

Argued and:

[ X ] Scheduling Order is vacated

[ X ] Interrogatories are due 30 days after opinion is issued

[ X ] Opinion to follow