IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| ANDREW FLOYD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:26-cv-1399 (LMB/IDD) |
| | ) | |
| DEPARTMENT OF JUSTICE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

For the reasons stated in open court, defendants' Amended Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to State a Claim, Dkt. No. 146, is taken under advisement, and defendants' Motion for Reconsideration is GRANTED in part and DENIED in part. Accordingly, it is hereby

ORDERED that the Scheduling Order entered on July 24, 2026, be and is VACATED. The magistrate judge's order extending the scope of discovery through September 4, 2026, is AFFIRMED; the magistrate judge's order that discovery be completed within 11 days is VACATED; and the magistrate judge's order compelling the defendants to respond in full to Interrogatories 3 and 4 is AFFIRMED, but the deadline for producing that response be and is extended until 30 days after this Court's memorandum opinion is issued.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 18th day of September, 2026.

Alexandria, Virginia

/s/ LMB
Leonie M. Brinkema
United States District Judge