IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **Andrew Floyd**, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>**Department of Justice**, et al.,<br><br>Defendants. | **Case No. 26-cv-1399-LMB/IDD** |

## PLAINTIFFS' MOTION FOR CLARIFICATION OF THE COURT'S ORDER REGARDING RESPONSES TO PLAINTIFFS' FIRST SET OF DISCOVERY REQUESTS AND RECONSIDERATION OF THE VACATUR OF THE RULE 16(B) ORDER

Pursuant to Federal Rule of Civil Procedure 7 and Local Civil Rule 7, Plaintiffs respectfully move this Court for: (1) clarification of the portion of the Court's September 18, 2026 Order, Dkt. 179, regarding the deadline for Defendants' production of documents in response to Plaintiffs' first set of requests for production, and (2) reconsideration of Order's vacatur of the Rule 16(b) Order. The grounds for this motion are set forth in the accompanying memorandum.

Pursuant to Local Civil Rule 7(E), Plaintiffs' counsel certifies that the Parties have met and conferred via email and by phone on August 21 to attempt to resolve the requests for relief raised by this Motion without the need for Court intervention. Defendants indicated that they oppose Plaintiffs' request for reconsideration of the Rule 16(b) order and take no position at this time on the request for clarification of their 30-day deadline to respond to Plaintiffs' first set of requests production. Defendants intend to file one response.

September 21, 2026

Respectfully submitted,

Paras N. Shah*
General Counsel
NATIONAL TREASURY EMPLOYEES UNION
800 K Street N.W., Suite 1000
Washington, D.C. 20001
(202) 572-5500
paras.shah@nteu.org

*Counsel for NTEU*

/s/ *Catherine M.A. Carroll*
Catherine M.A. Carroll (Va. Bar No. 50939)
Joel McElvain (Va. Bar No. 95215)
Pooja A. Boisture*
Jyoti Jasrasaria*
Aman George*
Lisa Newman* ^
Cynthia Liao*
Ayesha Khan*
Robin F. Thurston*
Skye L. Perryman*
ccarroll@democracyforward.org
jmcelvain@democracyforward.org
pboisture@democracyforward.org
jjasrasaria@democracyforward.org
ageorge@democracyforward.org
lnewman@democracyforward.org
cliao@democracyforward.org
akhan@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090

*Counsel for Plaintiffs*

* Admitted *pro hac vice*

^ Not admitted to practice law in the District of Columbia; practicing under the supervision of Democracy Forward lawyers who are members of the District of Columbia Bar.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of September, 2026, I will cause the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, thereby serving all counsel who have appeared in this case.

*/s/ Catherine M.A. Carroll*
Catherine M.A. Carroll (Va. Bar No. 50939)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
ccarroll@democracyforward.org

*Counsel for Plaintiffs*