**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **Andrew Floyd**, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>**Department of Justice**, et al.,<br><br>Defendants. | **Case No. 26-cv-1399-LMB** |

**MOTION TO FILE UNDER SEAL PURSUANT TO LOCAL CIVIL RULE 5(B)**

Pursuant to the September 23, 2026, Notice of Correction issued on the docket, Plaintiffs move pursuant to Local Civil Rule 5(B) to seal Exhibit 1 (Dkt. No. 184) to their Motion for Clarification of the Court's Order Regarding Responses to Plaintiffs' First Set of Discovery Requests and Reconsideration of the Vacatur of the Rule 16(b) Order (Dkt. Nos. 182, 183). The grounds for this motion are as follows.

1. This Court requires that "access to [a] transcript in CM/ECF is restricted to court staff, public terminal users, attorneys of record or parties who have purchased the transcript from the court reporter/transcriber, and other persons as directed by the court" for "a period of 90 days . . . after it is delivered to the clerk." *See* Transcript Policy, *available at* https://www.uscourts.gov/court-programs/federal-court-reporting-program#rates.

2. This 90-day period expires on December 17, 2026, for the transcript filed as Exhibit 1 to Plaintiffs' motion for clarification and reconsideration. *See* Dkt. No. 180.

3. Accordingly, Plaintiffs believe the transcript meets the criteria for sealing "pursuant to a statute, rule, or order" under Local Civil Rule 5(B).

4. If the Transcript Policy does not fall within the ambit of Local Civil Rule 5(B) and, instead, transcripts of public hearings should presumptively be filed on the open docket even during the 90-day redaction period set by the Transcript Policy, Plaintiffs do not believe any other basis warrants sealing the transcript, and sealed Exhibit 1 (Dkt. No. 184) should be unsealed. *See Rushford v. New Yorker Magazine, Inc.*, 846 F.2d 249, 253 (4th Cir. 1988); *Ashcroft v. Conoco*, 218 F.3d 288, 302 (4th Cir. 2000).

5. Counsel for Plaintiffs contacted counsel for Defendants who represented that Defendants do not oppose this motion.

September 23, 2026

Respectfully submitted,

*/s/ Catherine M.A. Carroll*
Catherine M.A. Carroll (Va. Bar No. 50939)
Joel McElvain (Va. Bar No. 95215)
Pooja A. Boisture*
Jyoti Jasrasaria*
Aman George*
Lisa Newman* ^
Cynthia Liao*
Ayesha Khan*
Robin F. Thurston*
Skye L. Perryman*
ccarroll@democracyforward.org
jmcelvain@democracyforward.org
pboisture@democracyforward.org
jjasrasaria@democracyforward.org
ageorge@democracyforward.org
lnewman@democracyforward.org
cliao@democracyforward.org
akhan@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

DEMOCRACY FORWARD FOUNDATION

Paras N. Shah*
General Counsel
NATIONAL TREASURY EMPLOYEES UNION
800 K Street N.W., Suite 1000
Washington, D.C. 20001
(202) 572-5500
paras.shah@nteu.org

*Counsel for NTEU*

P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090

*Counsel for Plaintiffs*

* Admitted *pro hac vice*

^ Not admitted to practice law in the District of Columbia; practicing under the supervision of Democracy Forward lawyers who are members of the District of Columbia Bar.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of September, 2026, I will cause the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, thereby serving all counsel who have appeared in this case.

*/s/ Catherine M.A. Carroll*
Catherine M.A. Carroll (Va. Bar No. 50939)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
ccarroll@democracyforward.org

*Counsel for Plaintiffs*