Ramon Rodriguez
Pro Se
3903 Sebastopol Rd.
Santa Rosa, CA 95407

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

FILED MAILROOM SEP 22 2026 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

ANDREW FLOYD, et al.,

Plaintiffs,

v. Case No. 1:26-cv-1399 (LMB/IDD)

DEPARTMENT OF JUSTICE, et al.,

Defendants.

## MOTION FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS

Pursuant to 28 U.S.C. § 1915 and Rule 24(a) of the Federal Rules of Appellate Procedure, Ramon Rodriguez respectfully moves this Court for leave to proceed on appeal without prepaying fees or costs, and in support states:

1. Concurrently with this motion, Mr. Rodriguez has filed a Notice of Appeal from the Order entered in this action on July 24, 2026 (ECF No. 115).

2. Mr. Rodriguez is unable to prepay the fees and costs associated with this appeal, or to give security for them, because of his financial circumstances. Mr. Rodriguez's financial affidavit, on the form prescribed for this purpose (AO Form 240, Application to Proceed in District Court Without Prepaying Fees or Costs), is attached as Exhibit A and incorporated by reference.

3. Pursuant to Fed. R. App. P. 24(a)(1)(C), the issues Mr. Rodriguez intends to present on appeal are set forth in the Statement of Issues to Be Presented on Appeal, attached as Exhibit B.

4. This motion is filed in the district court in the first instance as required by Fed. R. App. P. 24(a)(1). Should this Court deny the motion, Mr. Rodriguez understands he may, within 30 days of notice of the denial, file a like motion in the United States Court of Appeals for the Fourth Circuit, pursuant to Fed. R. App. P. 24(a)(5).

WHEREFORE, Mr. Rodriguez respectfully requests that this Court grant leave to proceed on appeal without prepayment of the $605.00 filing and docketing fee.

Dated: Sept. 18, 2026

Respectfully submitted,

Ramon Rodriguez

Ramon Rodriguez, Pro Se

## CERTIFICATE OF SERVICE

I hereby certify that on this 18 day of September, 2026, I caused a true and correct copy of the foregoing Motion, and its exhibits, to be served, by U.S. Mail, postage prepaid, upon counsel of record for all parties in the above-captioned action, as reflected on the docket of this Court.

Ramon Rodriguez, Pro Se