# EXHIBIT A

## Financial Affidavit (AO Form 240)

*[ AO Form 240 — "Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)" — to be obtained from the official U.S. Courts forms library (uscourts.gov) or the Eastern District of Virginia's forms page, completed in full by Mr. Rodriguez with his actual, current income, assets, debts, and monthly expenses, signed under penalty of perjury, and inserted here as Exhibit A before filing. It is not reproduced in this draft because its content must reflect Mr. Rodriguez's real financial information, which is not something to draft on his behalf. ]*