# EXHIBIT B

## Statement of Issues to Be Presented on Appeal

(Fed. R. App. P. 24(a)(1)(C))

Ramon Rodriguez intends to present the following issues on appeal from the July 24, 2026 Order (ECF No. 115):

1. Whether the district court erred in directing the Clerk to refuse any further filings from Mr. Rodriguez in this action, other than a notice of appeal, without prior notice to him or an opportunity to be heard on that specific restriction.

2. Whether Mr. Rodriguez, though not a named party, has a sufficient interest in the disposition of his own submitted materials to be heard on their treatment, and whether the Order adequately addressed that interest.

3. Whether the district court's characterization of Mr. Rodriguez's submissions as having "no legitimate connection" to this action was correct, or whether it failed to address the relationship Mr. Rodriguez asserts between his materials and the subject matter of this litigation.

***[ DRAFT — PLACEHOLDER ISSUES ONLY. These are provided as a starting structure and must be reviewed and finalized by counsel before filing. The strength (or existence) of any of these issues depends on legal judgments — including whether a non-party has standing to appeal this Order at all — that should be made by Attorney Cisneros, not generated automatically. ]***