Ramon Rodriguez
Pro Se
3903 Sebastopol RD
Santa Rosa, CA 95407
r.rguez48@gmail.com

RECEIVED MAIL ROOM
SEP 22 2026
CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

UNITED STATES DISTRICT COURT FOR
The Eastern District of Virginia
Albert V. Bryan United States Courthouse
401 Courthouse Square
Alexandria, VA 22314

| | | |
|---|---|---|
| United States Government, | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: |
| | ) | **Honorable Judge Leonie M. Brinkema** |
| V | ) | |
| | ) | |
| Ramon Rodriguez, | ) | |
| Defendant. | ) | |

ACKNOWLEDGMENT OF CETIFIED MAIL OF FRAUDULENT COURT DOCUMENTS

I HEREBY CERIFY AND ACKNOWLEDGE THAT ON THIS 18 DAY OF Sept 2026, AT APPPROXIMATELY 2:00 PM, The documents checked and listed below were physically sent by United States Postal Service.

Not sure of person who received documents.

**U.S District Court for the Eastern District of Virginia, Albert V. Bryan United States Courthouse**
**401 Courthouse square**
**Alexandria, VA 2214**

# LIST OF FRAUDULET COURT DOCUMENTS PROVIDED BY MAIL:

1. Three Sets of Motion For Leave to Proceed on Appeal in Forma Pauperis.
2. ____________________
3. ____________________
4. ____________________
5. ____________________

(A detailed and exhaustive inventory of all items provided is attached hereto as "Schedule A" if additional space is required.)

ACKNOWLEDGEMENT BY THE RECIPIENT:
I acknowledge that I have physically received a true, complete, and correct copy of each of the court documents checked and itemized above on the date and time specified.)

____________________ Date:____/____/ 2026
Signature of Recipient

____________________
Printed Name of Recipient

---

STATEMENT OF THE PERSON DELIVERING THE PAPERS:

I declare under penalty of perjury under the laws of the United States of America that I personally certified mailed the exact documents checked above to be delivered to the recipient listed on the date and time specified.

Signature of Person Delivering Papers

______________________________________________

Printed Name of Person Delivering Papers