FILED: September 28, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-2357
(1:26-cv-01399-LMB-IDD)

---

ANDREW FLOYD; JONATHAN CARAVELLO; CITY OF NEW HAVEN; NATIONAL ABORTION FEDERATION; COMMON CAUSE; NATIONAL TREASURY EMPLOYEES UNION

Plaintiffs - Appellees

v.

DEPARTMENT OF JUSTICE; TODD BLANCHE, Attorney General; STANLEY E. WOODWARD, JR.; DEPARTMENT OF TREASURY; SCOTT BESSENT, in his official capacity as Secretary of the Treasury; ANTI-WEAPONIZATION FUND; INTERNAL REVENUE SERVICE; FRANK BISIGNANO

Defendants

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:26-cv-01399-LMB-IDD |
| Date notice of appeal filed in originating court: | 09/22/2026 |
| Appellant(s) | Andrew Floyd |
| Appellate Case Number | 26-2357 |
| Case Manager | S. Batchleor<br>804-916-2702 |