**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **Andrew Floyd, et al.**,<br><br>Plaintiffs,<br><br>v.<br><br>**Department of Justice, et al.**,<br><br>Defendants. | Case No. 1:26-cv-01399-LMB |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants, through counsel, respectfully submit this notice of supplemental authority regarding the question of mootness of claims that is currently under advisement before this Court on the Defendant's Motion to Dismiss. Dkt. 146, 178. The United States District Court for the Southern District of California today dismissed similar claims challenging the proposed Anti-Weaponization Fund as moot. *Gill v. Dep't of Justice et al.*, 3:26-cv-3283 (Hon. Cathy Ann Bencivengo). As relevant here the opinion held, "The Court finds that the Government has satisfied its burden of demonstrating the 'allegedly wrongful behavior could not reasonably be expected to recur' and thus the voluntary cessation exception does not apply." *Id.* at Dkt. 22 at 5 (quoting *Friends of the Earth Inc., v. Laidlaw Env't Servs. (TOC), Inc.*, 528 U.S. 167, 190 (2000)). A full copy of the opinion is attached as an Exhibit to this filing.

Dated: November 9, 2026

STANLEY E. WOODWARD, JR.
*Associate Attorney General*

*/s/ ANDREW J. BLOCK*
Andrew J. Block (VSB No. 91537)
*Senior Counsel to the Associate Attorney General*
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

*Counsel for Defendants*

**Certificate of Service**

I hereby certify that on November 9, 2026, I filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, thereby serving all counsel who have appeared in this case.

/s/ *Andrew J. Block*
Andrew Block