**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

Andrew Floyd, et al.,

Plaintiffs,

v.

Department of Justice, et al.,

Defendants.

**Case No. 26-cv-1399-LMB**

**ORDER**

Upon consideration of the parties' joint motion to continue the final pretrial conference and for good cause shown, the joint motion, [Dkt. No. 196], is GRANTED, and it is hereby

ORDERED that the final pre-trial conference set for November 19, 2026, be and is continued, with deadlines to be reset upon the setting of new discovery deadlines

Date: November 13, 2026

/s/ LMB
Leonie M. Brinkema
United States District Judge